# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**
Rossco Holdings, Inc
**SSN:** N/A
**EIN:** 95–2801985

1011 1/2 North Beverly Dr
Beverly Hills, CA 90210–2328

**BANKRUPTCY NO.** 2:10–bk–55951–BB
**CHAPTER** 11

This case 10–60953–cag has been transferred to the Los Angeles division within our District and reassigned to Bankruptcy Judge Sheri Bluebond for all further proceedings.

The new case number is 2:10–bk–55951–BB .

**Please use the new case number for all future matters regarding this case.**

Dated: October 26, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN–84

**2 / OVI**