## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF TRANSFER OF CASE
## (INTER/INTRA DISTRICT TRANSFER)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Rossco Holdings, Inc<br>**SSN:** N/A<br>**EIN:** 95–2801985<br><br>1011 1/2 North Beverly Dr<br>Beverly Hills, CA 90210–2328 | **BANKRUPTCY NO.** 2:10–bk–55951–BB<br>**CHAPTER** 11 |

This case 10–60953–cag has been transferred to the Los Angeles division within our District and reassigned to Bankruptcy Judge Sheri Bluebond for all further proceedings.

The new case number is 2:10–bk–55951–BB .

**Please use the new case number for all future matters regarding this case.**

Dated: October 26, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN–84                                                                                                                        **2 / OVI**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: oventuraC              Page 1 of 2                   Date Rcvd: Oct 26, 2010
Case: 10-55951                 Form ID: ntc1                Total Noticed: 47


The following entities were noticed by first class mail on Oct 28, 2010.
 db           Rossco Holdings, Inc,   1011 1/2 North Beverly Dr,   Beverly Hills, CA 90210-2328
 aty          Ronald E Pearson,   2109 Bird Creek Terrace,   Temple, TX 76502-1083
 smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
              Sacramento, CA 94280-0001
 smg          Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA 95812-2952
 smg         +L.A. County Tax Collector,   Bankruptcy Unit,   2615 S. Grand,   Los Angeles, CA 90007-2608
 smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
 smg         +Securities & Exchange Commission,   5670 Wilshire Avenue., 11th Floor,
              Los Angeles, CA 90036-5627
27770613     +All Guard Inc,   PO Box 320087,   Fairfield, CT 06825-0087
27770614      Andy Grump,   20954 Ruether Avenue,   Santa Clara, CA 91351
27770615     +B & E Engineers,   24 W St Joseph St,   Arcadia, CA 91007-2854
27770617     +Bank of America,   201 E Washington St,   Phoenix, AZ 85004-2428
27770618     +Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
27770616      Bank of America,   c/o Bruce Kosub, Esq.,   Katten Muchin Rosenman LLP,
              5215 N. O'Connor Boulevard #200,   Irving TX 75039-3732
27770620     +CCH Inc,   Pro System Fx,   20101 Hamilton Ave Ste 200,   Torrence, CA 90502-1371
27770623     +CHSC, Ltd.,   PO Box 10539,   Beverly Hills, CA 90213-3539
27770619     +California Choice,   PO Box 7088,   Orange, CA 92863-7088
27770621     +Chase Home Finance,   PO Box 78420,   Phoenix, AZ 85062-8420
27770622     +Chimney Hill Properties, Ltd.,   1013 N Beverly Dr,   Beverly Hills, CA 90210-2328
27770624     +Count of Brazos,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
27770625     +County of Brazos,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
27770626      Ford Credit,   PO Box 7172,   Pasadena, CA 91109-7172
27770627      HSBC Business Solutions,   PO Box 5219,   Carol Stream, IL 60197-5219
27770628     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
27770629      Las Virgenes Municipal Water District,   4232 Las Virgenes Rd,   Calabasas, CA 91302-1994
27770630     +Leonard M Ross,   1009 N Beverly Dr,   Beverly Hills, CA 90210-2328
27770631     +Leonard M Ross Revocable Trust,   1011 1/2 N Beverly Dr,   Beverly Hills, CA 90210-2328
27770632     +M3 Accouting Services,   800B Jesse Jewell Pkwy SW,   Gainsville, GA 30501-4212
27770633      MCI,   PO Box 371838,   Pittsburg, PA 15250-7838
27770634     +Michael A. McConnell,   C. Josh Osborne,   Kelly Hart & Hallman LLP,
              201 Main Street, Suite 2500,   Fort Worth, TX 76102-3194
27770635      Montecito Water Dist,   583 San Yisdro Rd,   Santa Barbara, CA 93108-2124
27770636     +National Commercial Svcs,   For Andy Gump,   6644 Valjean Ave #100,   Van Nuys, CA 91406-5816
27770637     +National Guardian Life Ins Co,   Two E Gilman St,   Madison, WI 53703-1494
27770640     +One West Bank, FSB,   c/o Monica S. Blacker,   Andrews Kurth LLP,   1717 Main St., Suite 3700,
              Dallas, TX 75201-7301
27770639     +One West Bank, FSB,   390 West Valley Parkway,   Escondido, CA 92025-2635
27770638     +OneWest Bank, FSB,   390 W Valley Parkway,   Escondido, CA 92025-2635
27770641     +Pacific Merchantile Bank,   9720 Wilshire Blvd,   Beverly Hills, CA 90212-2021
27770644     +Prosperity Bank,   2202 Longmire Dr,   College Station, TX 77845-5231
27770643     +Prosperity Bank,   2202 Longmire Drive,   College Station, Texas 77845-5231
27770642     +Prosperity Bank,   c/o Eric J. Taube,   Hohmann, Taube & Summers,   100 Congress Ave. 18th Flr.,
              Austin, TX 78701-4042
27770645     +Staples,   PO Box 689020,   Des Moines, IA 50368-9020
27770646      The Hartford,   PO Box 2907,   Hartford, CT 06104-2907
27770647     +US Attorney / IRS,   Suite 600,   601 N.W. Loop 410,   San Antonio, TX 78216-5597
27770648     +US Attorney General / IRS,   950 Pennsylvania Ave NW,   Washington, DC 20530-0009
27770650      Wells Fargo Financial Leasing,   PO Box 6434,   Carol Stream, IL 60197-6434
27770651      William A. Frazell,   Assistant Attorney General,   Bankruptcy & Collections Division,
              PO Box 12548,   Austin, TX 78711 2548

The following entities were noticed by electronic transmission on Oct 27, 2010.
27770612      E-mail/Text: bkr@cardworks.com                           Advanta Bank Corp,   PO Box 8088,
              Philadelphia, PA 19101-8088
27770649      E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 27 2010 03:17:00     Verizon Wireless,
              PO Box 660108,   Dallas, TX 75266-0108
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 smg*        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   P O Box 21126,
              Philadelphia, PA 19114-0325)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-2          User: oventuraC           Page 2 of 2              Date Rcvd: Oct 26, 2010
Case: 10-55951                Form ID: ntc1             Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**                                **Signature:**    *Joseph Speetjens*