B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:  **Rossco Holdings Incorporated**

Case No.  **02:10-Bk-55951-VZ**
(if known)

*AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS

> **FILED**
>
> **NOV 03 2010**
>
> CLERK U.S. BANKRUPTCY COURT
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____ Deputy Clerk

### 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,601,268.00 | 2008 |
| $7,716,637.00 | 2009 |
| $8,412,074.00 | 1/1/10 - 8/2/10 |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| The information necessary to complete this question was not available to debtor until recently due to debtor's inability to access records from M3 Accounting Services, Inc., prior to July 28, 2010. | | | |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:  **Rossco Holdings Incorporated**                    Case No.  <u>02:10-Bk-55951-VZ</u>
                                                                              (if known)

*AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Rossco Holdings, Inc.,Leonard M Ross and Leonard M Ross Revocable Trust v. Mendes & Mount, LLP, Catherine Rivard, Dean Herman, Todd Fuson, et al BC441250 | Malpractice Lawsuit against former attorneys | Superior Court Los Angeles County, CA | pending |
| Rossco Holdings Inc. v Lexington Ins Co 4:09-CV-04047 | Suit on insurance contract | US District Court SDTX Houston, Texas | pending |
| Rossco Holdings Inc v Hartford Ins Co 10-000736-cv-85 | Suit on insurance contract | 85th District Court Bryan, Texas | pending |
| Pacific Merchantile Bank v Rossco Holdings, inc., Colony Lodging, Inc. and Lodgeco Properties, Ltd. 10-001870-cv-85 | Suit to compel arbitration and for appointment of receiver | 85th District Court Bryan, Texas | pending |
| Safemark Systems, LP v Rossco Breach of Contract suit Holdings Inc. 2009-CA-22265-O | Breach of Contract suit | 9th Circuit Court Orange County, FL | settled |
| Rossco Holdings, Inc, Leonard M Ross and Leonard M Ross Revocable Trust v Bank of America, et al B209201 | Appeal of arbitration award | Supreme Court of California Sacramento, CA | pending |

---

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 6. Assignments and receiverships

None ☑  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:  **Rossco Holdings Incorporated**                    Case No.   **02:10-Bk-55951-VZ**
                                                                              (if known)

*AMENDED*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 2*

---

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Pearson & Pearson 2109 Bird Creek Terrace Temple, Texas 76502 | | 12,000.00 retainer for representation of 6 debtor entities |

---

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:  **Rossco Holdings Incorporated**              Case No.  **02:10-Bk-55951-VZ**
                                                                                (if known)

*AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor s or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:   **Rossco Holdings Incorporated**                    Case No.   **02:10-Bk-55951-VZ**
                                                                                (if known)

### *AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

## 18. Nature, location and name of business

None ☑  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| BCSK Management<br>c/o Linda Birchfield<br>410 S. Texas Ave.<br>College Station, TX  77840 | July 2008 to date |
| Eddie Agravante<br>P.O. Box 10539<br>Beverly Hills, CA  90213 | July 2008 to date |
| The Oldham Goodwin Group<br>809 University Drive E., Suite 101A<br>College Station, TX  77840 | July 2008 to December 2009 |
| Tracy Ortiz<br>1721 Central Texas Expressway<br>Killeen, TX  76541 | July 2008 to date |

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:  **Rossco Holdings Incorporated**

Case No.  **02:10-Bk-55951-VZ**
(if known)

*AMENDED*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Hyatt Gidlow & Co**<br>**24325 Main Street, #204**<br>**Newhall, CA 91321** | **July 2008 to date** |

---

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **BCSK Management** | **c/o Linda Birchfield**<br>**410 S. Texas Ave.**<br>**College Station, TX 77840** |
| **M3 Accounting Services, Inc.** | **800B Jesse Jewell Parkway SW**<br>**Gainesville, GA 30501** |

---

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America**<br>**201 East Washington St.**<br>**Phoenix, AZ 85004** | **02/01/2010** |
| **National Guardian Life Ins Co**<br>**Two E. Gilman St.**<br>**Madison, WI 53703** | **02/01/2010** |
| **OneWest Bank FSB**<br>**390 W. Valley Pkwy.**<br>**Econdido, CA 92025** | **02/01/2010** |
| **Pacific Mercantile Bank**<br>**9720 Wilshire Blvd.**<br>**Beverly Hills, CA 90212** | **02/01/2010** |

---

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:   **Rossco Holdings Incorporated**                      Case No.   **02:10-Bk-55951-VZ**
                                                                                    (if known)

*AMENDED*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 6*

---

None
☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Brandon Wolsic<br>9929 Rio San Diego Dr. #48<br>San Diego, CA 92108 | Vice President | none |
| Jean Huffman<br>3113 Haynes<br>Midland, TX 79705 | Assistant Secretary | none |
| Judy Gabor<br>1730 Camino Palmeros St., #105<br>Los Angeles, CA 90046 | Secretary | none |
| Leonard M Ross<br>1009 N. Beverly Dr.<br>Beverly Hills, CA 90210 | President | none directly |

---

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Unknown | | M3 is in possession of records that detail the recipient, date, and amount of disbursements. The information necessary to complete this question is held by M3 and not accessible by the debtor at this time. |

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:   **Rossco Holdings Incorporated**                    Case No.   <u>**02:10-Bk-55951-VZ**</u>
                                                                              (if known)

*AMENDED*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 7*

---

**25. Pension Funds**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
☑   has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ *11/3/2010* _____          Signature _____

                                                **Leonard M. Ross**
                                                *President of Rossco Holdings, Inc.*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re  **Rossco Holdings Incorporated**                    Case No.    **02:10-Bk-55951-VZ**

                                                          Chapter    **11**

*AMENDED*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $5,880,000.00 | | |
| B - Personal Property | Yes | 5 | $23,041,106.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $3,662,826.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,619.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $37,734,949.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 17 | $28,921,106.00 | $41,399,394.86 | |

B6A (Official Form 6A) (12/07)

In re  **Rossco Holdings Incorporated**                                    Case No.   **02:10-Bk-55951-VZ**
                                                                                        (if known)

*AMENDED*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 125 Meadowland, College Station, TX (vacant lot) | Fee Owner | | $200,000.00 | $0.00 |
| 127 Meadowland, College Station, TX (vacant lot) | Fee Owner | | $200,000.00 | $0.00 |
| Lot 1, 2 and S 1/2 of Lots 4 and 5, Meadowland Addn College Station, TX  ("Kettle Property") | Fee Owner | | $550,000.00 | $0.00 |
| Lot 19, Meadowland Addn, College Station, TX (vacant lot) | Fee Owner | | $60,000.00 | $0.00 |
| Meadowlands Apartments (4-plexes) - 60 units, Meadowland St, College Station, Texas | Fee Owner | | $4,750,000.00 | $848,826.00 |
| N 1/2 of Lots 4 and 5, Block 1, Meadowland Addition, College Station, TX (vacant commerical lot) | Fee Owner | | $120,000.00 | $0.00 |
| | | Total: | **$5,880,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Rossco Holdings Incorporated**                    Case No.  **02:10-Bk-55951-VZ**
                                                                    (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 1. Cash on hand. | | None | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank | $144.00 |
| | | Chase Bank | $25.00 |
| | | CNB | $400.00 |
| | | Crowell Weedon | $0.00 |
| | | Pacific Mercantile Bank 9720 Wilshire Blvd., Beverly Hills, CA  90212 | $231.00 |
| | | Wedbush Morgan Securities | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Various deposits with public utilities and others | $120,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

B6B (Official Form 6B) (12/07) – Cont.

In re **Rossco Holdings Incorporated**                              Case No.   **02:10-Bk-55951-VZ**
                                                                              (if known)

**AMENDED**
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1009 BH Properties, LLC (100% subsidiary) | $7,000,000.00 |
| | | BCSK Management, Inc. (property management company) | $500,000.00 |
| | | Colony Lodging, Inc. (100% subsidiary) | $7,000,000.00 |
| | | Monte Nido Estates, LLC (100% ownership) | $3,050,000.00 |
| | | Rossco MP Properties, LLC (100% subsidiary) | $2,000,000.00 |
| | | Rossco Plaza, Inc. (wholly owned subsidiary) | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Chimney Hill Properties, Ltd. (3.17% interest) | $192,102.00 |
| | | CHSC, Ltd. (6.02% interest) | $522,480.00 |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Rossco Holdings Incorporated**                          Case No.   **02:10-Bk-55951-VZ**
                                                                          (if known)

### AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | LJR Properties, Ltd. (3% interest) | $0.00 |
| | | Lodgeco Properties, Ltd. (6.84% interest) | $861,224.00 |
| | | Mill Equities Co. (17.2% interest) | $0.00 |
| | | Triro Equities Co. (15.9% interest) | $0.00 |
| | | WM Properties, Ltd. (4.5% interest) | $94,500.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Disputed Insurance Claims (Lexington Ins. Co. - tornado loss and Hartford Ins. Co. - boiler loss) | $1,500,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Rossco Holdings Incorporated**                     Case No.  __02:10-Bk-55951-VZ____
                                                                          (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Miscellaneous Vehicles (estimated) | $150,000 00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Various office equipment, furnishings, computers, and computer related equipment (estimated) | $25,000 00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Various Equipment and Supplies (property management related)(estimated) | $25,000.00 |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Rossco Holdings Incorporated**                          Case No.    **02:10-Bk-55951-VZ**
                                                                                (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

_____4_____ continuation sheets attached    **Total >**    **$23,041,106.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Rossco Holdings Incorporated**                              Case No.    **02:10-Bk-55951-VZ**
                                                                                   (If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0 00 |

B6D (Official Form 6D) (12/07)

In re **Rossco Holdings Incorporated**

Case No. **02-Bk-55951-VZ**
(if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, F ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**OneWest Bank, FSB<br>390 West Valley Parkway<br>Escondido, CA 92025** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**vacant commercial lot**<br>REMARKS:<br>**Deed of Trust Lot 19, Meadowland Addn, College Station, TX (vacant lot) N 1/2 of Lots 4 and 5, Block 1, Meadowland Addn., College Station, TX (vacant commercial lot)  Lot 1, 2** | | | | $2,814,000.00 | |
| | | **and S 1/2 of Lots 4 and 5, Meadowland Addn., College Station, TX ("Kettle Property") 125 Meadowland, College Station, TX (vacant lot)  127 Meadowland, College Station, TX (vacant lot)** | | | | | |
| | | VALUE:       $2,814,000.00 | | | | | |
| ACCT #:<br><br>**Prosperity Bank<br>2202 Longmire Dr.<br>College Station, TX 77845** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**4-plexes**<br>REMARKS: | | | | $848,826.00 | |
| | | VALUE:       $848,826.00 | | | | | |
| | | Subtotal (Total of this Page) > | | | | $3,662,826.00 | $(.00 |
| | | Total (Use only on last page) > | | | | $3,662,826.00 | $(.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabi ities and Related Data.) |

_____**No**_____ continuation sheets attached

B6E (Official Form 6E) (12/07)

In re  **Rossco Holdings Incorporated**                                        Case No.   **02:10-Bk-55951-VZ**
                                                                                                              (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Rossco Holdings Incorporated**                    Case No. __02:10-Bk-55951-VZ__
                                                                                                (If Known)

**AMENDED**
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | DATE INCURRED: **12/31/2009**<br>CONSIDERATION:<br>**2009 Employment Taxes**<br>REMARKS: | | | | $1,619.00 | $1,619.00 | $0.00 |
| ACCT #:<br>**US Attorney General / IRS**<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| ACCT #:<br>**US Attorney/IRS**<br>Suite 600<br>601 N.W. Loop 410<br>San Antonio, TX 78216 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets                    Subtotals (Totals of this page) >    $1,619.00    $1,619.00    $0.00
attached to Schedule of Creditors Holding Priority Claims                    Total >    $1,619.00
                    (Use only on last page of the completed Schedule E.
                    Report also on the Summary of Schedules.)

                                                                                    Totals >                    $1,619.00    $0.00
                    (Use only on last page of the completed Schedule E.
                    If applicable, report also on the Statistical Summary
                    of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Rossco Holdings Incorporated**                                          Case No.   **02:10-Bk-55951-VZ**
                                                                                              (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Advanta Bank Corp<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | X | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $23,952.32 |
| ACCT #:<br>All Guard Inc.<br>P.O. Box 320087<br>Fairfield, CT 06432 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $75.00 |
| ACCT #:<br>Andy Grump<br>20954 Ruether Avenue<br>Santa Clara, CA 91351 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $99.66 |
| ACCT #:<br>B & E Engineers<br>24 W. St. Joseph St.<br>Arcadia, CA 91007-2854 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $10,889.99 |
| ACCT #:  xxxx-xxxx-xxxx-3291<br>Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $34,571.18 |
| ACCT #:<br>Bank of America<br>201 E. Washington St.<br>Phoenix, AZ 85004 | X | DATE INCURRED:<br>CONSIDERATION:<br>Award<br>REMARKS:<br>Arbitration award of fees and costs | X | X | X | $2,000,000 00 |
| | | | | Subtotal > | | $2,069,588.75 |
| | | | | | | |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____4_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Rossco Holdings Incorporated**                    Case No.  **02:10-Bk-55951-VZ**
                                                                    (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CCH Inc**<br>**Pro System FX**<br>**20101 Hamilton Ave., Ste. 200**<br>**Torrence, CA  90502** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $804.23 |
| ACCT #:<br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Loan guarantor on $12,000,000 note secured by real property (631 Parra Grande, Montecito, CA)** | X | X | | $1.00 |
| ACCT #:  xxxxxx8936<br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85056-8420** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Loan Guarantor** | X | | | $5,940,000.00 |
| ACCT #:  xxxxxx0097<br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85056-8420** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**Guarantor** | X | | | $4,615,000.00 |
| ACCT #:<br>**Chimney Hill Properties, Ltd.**<br>**1013 N. Beverly Dr.**<br>**Beverly Hills, CA  90210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,523,085.00 |
| ACCT #:<br>**CHSC, Ltd.**<br>**P.O. Box 10539**<br>**Beverly Hills, CA  90213** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,265,260.00 |

Sheet no. _____1_____ of _____4_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $15,344,150.23 |
|---|---|---|
| | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rossco Holdings Incorporated**                Case No.  **02:10-Bk-55951-VZ**
                                                                   (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ford Credit**<br>P.O. Box 7172<br>Pasadena, CA  91109-7172 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $16,784.00 |
| ACCT #:<br>**HSBC Business Solutions**<br>P.O. Box 5219<br>Carol Stream, IL  60197-5219 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,094.80 |
| ACCT #:<br>**Las Virgenes Municipal Water District**<br>4232 Las Virgenes Rd.<br>Calabasas, CA  91302-1994 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $377.69 |
| ACCT #:<br>**M3 Accounting Services**<br>800B Jesse Jewell Pkwy SW<br>Gainsville, GA  30501 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $203.61 |
| ACCT #:<br>**MCI**<br>P.O. Box 371838<br>Pittsburg, PA  15250-7838 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $338.45 |
| ACCT #:<br>**Montecito Water Dist.**<br>583 San Yisdro Rd<br>Santa Barbara, CA  93108-2124 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,935.70 |

Sheet no.  **2**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $20,734.25

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Rossco Holdings Incorporated**                                    Case No.   **02:10-Bk-55951-VZ**
                                                                                    (if known)

*AMENDED*
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**National Guardian Life Ins. Co.**<br>Two E. Gilman St.<br>Madison, WI 53703 | | DATE INCURRED:<br>CONSIDERATION:<br>**First Trust Deed**<br>REMARKS:<br>**Guarantor - LJR Properties, Ltd.** | X | X | | $4,866,778.00 |
| ACCT #:<br>**National Guardian Life Ins. Co.**<br>Two E. Gilman St.<br>Madison, WI 53703 | | DATE INCURRED:<br>CONSIDERATION:<br>**First Trust Deed**<br>REMARKS:<br>**Guarantor - Rossco Plaza, Inc.** | X | | | $4,223,917.00 |
| ACCT #:<br>**OneWest Bank, FSB**<br>390 W. Valley Parkway<br>Escondido, CA 92025 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | X | X | | $1,938,313.00 |
| ACCT #:<br>**Pacific Mercantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA 90212 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | X | X | | $249,000.00 |
| ACCT #:<br>**Pacific Merchantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA 90212 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | X | X | | $8,999,088.00 |
| ACCT #:<br>**Staples**<br>P.O. Box 689020<br>Des Moines, IA 50368 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $13,948.51 |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $20,291,044.51

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Rossco Holdings Incorporated**                              Case No.   **02:10-Bk-55951-VZ**
                                                                          (if known)

*AMENDED*
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Hartford**<br>P.O. Box 2907<br>Hartford, CT  06104-2907 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,279.)0 |
| ACCT #:<br>**Verizon Wireless**<br>P.O. Box 660108<br>Dallas, TX  75266-0108 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $215.)2 |
| ACCT #:<br>**Wells Fargo Financial Leasing**<br>P.O. Box 6434<br>Carol Stream, IL  60197-6434 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | X | | X | $4,937.20 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $9,432.12 |
| Total > | $37,734,949.86 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Rossco Holdings Incorporated**                                    Case No.  **02:10-Bk-55951-VZ**
                                                                                              (if known)

### *AMENDED*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Rossco Holdings Incorporated**                    Case No.   <u>**02:10-Bk-55951-VZ**</u>
                                                                              (if known)

### AMENDED
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1009 BH Properties, LLC** | **Chase Home Finance**<br>P.O. Box 78420<br>Phoenix, AZ 85056-8420 |
| **Chimney Hill Properties, Ltd.** | **Chase Home Finance**<br>P.O. Box 78420<br>Phoenix, AZ 85056-8420 |
| **Leonard M Ross**<br>1009 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Bank of America**<br>201 E. Washington St.<br>Phoenix, AZ 85004 |
| **Leonard M Ross**<br>1009 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **OneWest Bank, FSB**<br>390 West Valley Parkway<br>Escondido, CA 92025 |
| **Leonard M Ross**<br>1009 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Pacific Merchantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| **Leonard M Ross**<br>1009 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Prosperity Bank**<br>2202 Longmire Dr.<br>College Station, TX 77845 |
| **Leonard M Ross Revocable Trust**<br>1011 1/2 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Advanta Bank Corp**<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Rossco Holdings Incorporated**                                    Case No.   **02:10-Bk-55951-VZ**
                                                                                                                        (if known)

*AMENDED*
## SCHEDULE H - CODEBTORS
*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leonard M Ross Revocable Trust**<br>1011 1/2 Beverly Dr.<br>Beverly Hills, CA 90210 | **OneWest Bank, FSB**<br>390 West Valley Parkway<br>Escondido, CA  92025 |
| **Leonard M Ross Revocable Trust**<br>1011 1/2 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Prosperity Bank**<br>2202 Longmire Dr.<br>College Station, TX  77845 |
| **Leonard M. Ross**<br>1009 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Advanta Bank Corp**<br>P.O. Box 8088<br>Philadelphia, PA  19101-8088 |
| **Leonard M. Ross Revocable Trust**<br>1011 1/2 N. Beverly Dr.<br>Beverly Hills, CA 90210 | **Bank of America**<br>201 E. Washington St.<br>Phoenix, AZ  85004 |
| **Leonard M. Ross Revocable Trust**<br>1011 1/2 N. Beverly Dr.<br>Beverly Hills, CA  90210 | **Pacific Merchantile Bank**<br>9720 Wilshire Blvd.<br>Beverly Hills, CA  90212 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Rossco Holdings Incorporated**

Case No. __02:10-Bk-55951-VZ____
(if known)

### *AMENDED*
### DECLARATION CONCERNING DEBTOR'S SCHEDULES

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

---

I, the _____*President of Rossco Holdings, Inc.*_____ of the _____Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____1_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _____11/3/2010_____          Signature _____
                                              Leonard M. Ross
                                              *President of Rossco Holdings, Inc.*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*