| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Clay M. Taylor<br>Texas Bar I.D. 24033261<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone: 817/332-2500<br>Telecopy: 817/878-9280<br><br>FILED<br>NOV 04 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:        Deputy Clerk<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER   02:10-Bk-55951-VZ<br><br>DATE: November 30, 2010   11-23-10<br>TIME: 11:00 A.M.<br>COURTROOM: 1368 |

## NOTICE OF MOTION FOR:
### MOTION OF ROSSCO HOLDINGS, INC. FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019; DECLARATION OF LEONARD ROSS

1. TO: ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order Granting the relief sought as set forth in the Motion and accompanying supporting documents previously filed and served. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers and the Motion carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date:   11/30/2010 | Time:   11:00 A.M. | Courtroom:   1368 | Floor: 13 |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: November 4, 2010

KELLY HART & HALLMAN LLP
*Law Firm Name*

By: _____
Name: CLAY M. TAYLOR
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                   F 9013-1.1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102

A true and correct copy of the foregoing document described: **Notice of Motion For: Motion Of Rossco Holdings, Inc. For Order Approving Compromise With Pacific Mercantile Bank Pursuant To Federal Rule Bankruptcy Of Procedure 9019; Declaration Of Leonard Ross**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILINLG ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 3, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael S Greger of behalf of Interested Party Courtesy NEF
msgreger@allenmatkins.com

Michael S Kogan on behalf of Creditor Michael Kogan
mkogan@ecjlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
Dare.law@usdoj.gov

Justin E Rawlins on behalf of Creditor Pacific Mercantile Bank
jrawlins@winston.com, docketla@winston.com

David B Shemano on behalf of Creditor National Guardian Life Insurance Co.
dshemano@pwkllp.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Joshua D Wayser on behalf of Interested Party Courtesy NEF
joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

II. **SERVED VIA FIRST CLASS MAIL (indicate method of each person or entity served):**
On November 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                   F 9013-3.1.PROOF.SERVICE

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (Indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/04/2010 | Clay M. Taylor | *[signature]* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1.PROOF.SERVICE

Label Matrix for local noticing
0973-2
Case 2:10-bk-55951-VZ
Central District Of California
Los Angeles
Tue Nov  2 11:57:47 PDT 2010

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Rossco Holdings, Inc
1011 1/2 North Beverly Dr
Beverly Hills, CA 90210-2328

All Guard Inc
PO Box 320087
Fairfield, CT 06825-0087

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Andy Gump
20954 Ruether Avenue
Santa Clara, CA 91351

B & E Engineers
24 W St Joseph St
Arcadia, CA 91007-2854

Bank of America
201 E Washington St
Phoenix, AZ 85004-2428

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
c/o Bruce Kosub, Esq.
Katten Muchin Rosenman LLP
5215 N. O'Connor Boulevard #20
Irving TX 75039-3713

CCH Inc
Pro System Fx
20101 Hamilton Ave Ste 200
Torrence, CA 90502-1371

CHSC, Ltd.
PO Box 10539
Beverly Hills, CA 90213-3539

California Choice
PO Box 7088
Orange, CA 92863-7088

Chase Home Finance
PO Box 78420
Phoenix, AZ 85062-8420

Chimney Hill Properties, Ltd.
1013 N Beverly Dr
Beverly Hills, CA 90210-2328

Count of Brazos
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

County of Brazos
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Las Virgenes Municipal Water District
4232 Las Virgenes Rd
Calabasas, CA 91302-1994

Leonard M Ross
1009 N Beverly Dr
Beverly Hills, CA 90210-2328

Leonard M Ross Revocable Trust
1011 1/2 N Beverly Dr
Beverly Hills, CA 90210-2328

MJ Accouting Services
800B Jesse Jewell Pkwy SW
Gainsville, GA 30501-4212

MCI
PO Box 371838
Pittsburg, PA 15250-7838

Michael A. McConnell
C. Josh Osborne
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102-3194

Montecito Water Dist
583 San Ysidro Rd
Santa Barbara, CA 93108-2124

National Commercial Svcs
For Andy Gump
6644 Valjean Ave #100
Van Nuys, CA 91406-5816

National Guardian Life Ins Co
Two E Gilman St
Madison, WI 53703-1494

One West Bank, FSB
390 West Valley Parkway
Escondido, CA 92025-2635

One West Bank, FSB
c/o Monica S. Blacker
Andrews Kurth LLP
1717 Main St., Suite 3700
Dallas, TX 75201-7301

OneWest Bank, FSB
390 N Valley Parkway
Escondido, CA 92025-2635

Pacific Merchantile Bank
9720 Wilshire Blvd
Beverly Hills, CA 90212-2021

Prosperity Bank
2202 Longmire Dr
College Station, TX 77845-5231

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845-5231

Prosperity Bank
c/o Eric J. Taube
Hohmann, Taube & Summers
100 Congress Ave. 18th Flr.
Austin, TX 78701-4042

Staples
PO Box 689020
Des Moines, IA 50368-9020

The Hartford
PO Box 2907
Hartford, CT 06104-2907

US Attorney / IRS
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5597

US Attorney General / IRS
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524
(Copy of Motion also sent)

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711 2548

Ronald B Pearson
2109 Bird Creek Terrace
Temple, TX 76502-1083

The Hon. Vincent Zurzolo
255 E. Temple Street, Suite 1360
Courtroom 1368
Los Angeles, CA 90012
(Copy of Motion also sent)