10-bk 55-951V

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NAME:   Rosco Holdings, Inc.

Petition Date: 8/2/2010
CASE NUMBER:

10-60953-RBK

FILED
NOV 05 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH Sept   YEAR 2010

| MONTH | August | Sept | | | |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0 | 0 | | | |
| INCOME BEFORE INT, DEPREC/TAX (MOR-6) | 0 | $25354) | | | |
| NET INCOME (LOSS) (MOR-6) | 0 | $54027 | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 0 | $3762 | | | |

**The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

Are all accounts receivable being collected within terms?   Yes   No   CIRCLE ONE
Are all post-petition liabilities, including taxes, being paid within terms?   Yes   No
Have any pre-petition liabilities been paid?   Yes   No   If so, describe

Are all funds received being deposited into DIP bank accounts?   Yes   No
Were any assets disposed of outside the normal course of business?   Yes   No
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?   Yes   No
What is the status of your Plan of Reorganization?   PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD

*REQUIRED INSURANCE MAINTAINED*
*AS OF SIGNATURE DATE*                                    EXP.

| | | DATE |
|---|---|---|
| CASUALTY | YES/NO | |
| LIABILITY | YES/NO | |
| VEHICLE | YES/NO | ALL |
| WORKER'S | YES/NO | CURRENT |
| OTHER | YES/NO | |

ATTORNEY NAME: ~~Ronald E. Pearson~~ MICHAEL McCONNAL
FIRM: ~~Pearson & Pearson~~ KELLY HART & HALLMAN LLP
ADDRESS: ~~_____~~ 201 MAIN ST #2500
ADDRESS:
CITY, STATE ZIP: ~~Temple, TX 76501-0000~~ FORT WORTH, TX
76102
TELEPHONE: ~~(254)000-0000~~ (817) 332-2500

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE   Vice President

MOR-1

CASE NAME:   Rosaco Holdings, Inc.

CASE NUMBER:   10-60953-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/2/2010 | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash (Actual) | 800 | 1000 | 4598 | | | | | |
| Accounts Receivable, Net | 0 | 0 | 0 | | | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | 0 | | | | | |
| Prepaid Expenses | 0 | 0 | 0 | | | | | |
| Investments | | | | | | | | |
| Other Investment (no others) | 800 | 1000 | 4598 | | | | | |
| **TOTAL CURRENT ASSETS** | | | | | | | | |
| PROPERTY, PLANT&EQUIP. @ COST | | | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | | |
| OTHER ASSETS: | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subs | | | | | | | | |
| 3. Real Estate | 1,191,257 | 1,191,457 | 1,191,457 | | | | | |
| 4. (attach list) | | | | | | | | |
| **TOTAL ASSETS** | 1,192,357 | 1,192,457 | 1,196,055 | | | | | |

MOR-2

*Per Schedules and Statement of Affairs

Revised 6/1/06

**CASE NAME:**   Rossco Holdings, Inc.

**CASE NUMBER:**   10-60953-RBK

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/27/2010 | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| **POST-PETITION LIABILITIES (MOR-4)** | | 200 | 5520 | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 3662846 | 3662846 | 3662846 | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | | | | | | | |
| **TOTAL LIABILITIES** | 3662846 | 3663046 | 3718046 | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | (2470589) | (2470589) | (2470589) | | | | |
| RETAINED EARNINGS: Post Filing Date | | | (51402) | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1,192,257 | 1,192,457 | 1,196,055 | | | | |

MOR-3                *Per Schedules and Statement of Affairs                Revised 6/14/96

CASE NAME:    Rosseo Holdings, Inc.

CASE NUMBER:    10-60953-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | | |
| **TAX PAYABLE:** | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll & Sales | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| **TOTAL TAXES PAYABLE** | | | | | | | |
| **SECURED DEBT POST-PETITION** | | | | | | | |
| **ACCRUED INTEREST PAYABLE** | | | | | | | |
| **\*ACCRUED PROFESSIONAL FEES:** | | | | | | | |
| **OTHER ACCRUED LIABILITIES:** | | | | | | | |
| 1. Advance by bask (mohr) D.I.P. | 200 | 200 | | | | | |
| 2. 1009 byt Pu(Purtes Arcts) | | 20000 | | | | | |
| 3. (in loss Prof. Law conc. | | 35000 | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 200 | 55200 | | | | | |

\* Payment Requires Court Approval.

MOR-4

CASE NAME:   Rossco Holdings, Inc.

CASE NUMBER:   10-60953-RBK

## AGING OF POST-PETITION LIABILITIES

MONTH: Sept

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER (To Fund Oil Accts) |
|------|-------|-------------|-----------|-------------|-------------------------|--------------------------|
| 0-30 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31-60 | 200 | 0 | 0 | 0 | 0 | 200 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 200 | 0 | 0 | 0 | 0 | 200 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | Sept | | | | |
|-------|--------|------|---|---|---|---|
| 0-30 DAYS | 0 | 0 | | | | |
| 31-60 DAYS | 0 | 0 | | | | |
| 61-90 DAYS | 0 | 0 | | | | |
| 91 + DAYS | 0 | 0 | | | | |
| TOTAL | 0 | 0 | | | | |

MOR-5

Revised 6/14/96

CASE NAME:   Rosaco Holdings, Inc.

CASE NUMBER:   10-60953-RBK

# STATEMENT OF INCOME (LOSS)

| MONTH | August | Sept | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | 0 | | | | | |
| TOTAL COST OF REVENUES | 8 | 0 | | | | | |
| GROSS PROFIT | 0 | 0 | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0 | 0 | | | | | |
| General & Administrative | 0 | 0 | | | | | |
| Insiders Compensation | 0 | 0 | | | | | |
| Professional Fees | 0 | 0 | | | | | |
| Other (attach list) | 0 | 0 | | | | | |
| TOTAL OPERATING EXPENSES | 0 | 0 | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0 | <23,354> | | | | | |
| INTEREST EXPENSE | 0 | 0 | | | | | |
| DEPRECIATION | 0 | 0 | | | | | |
| OTHER (INCOME) EXPENSE* | 0 | 0 | | | | | |
| OTHER ITEMS** | 0 | 26,048 | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 0 | 26,048 | | | | | |
| NET INCOME BEFORE TAXES | 0 | <51,402> | | | | | |
| FEDERAL INCOME TAXES | 0 | 0 | | | | | |
| NET INCOME (LOSS) (MOR-1) | 0 | <51,402> | | | | | |

Handwritten annotations:
- Other (attach list) row: *Misc. Refunds etc.* — <2360>, 27,714
- OTHER ITEMS** row: *Pmts to Plosphure Bank*

*   Accrual Accounting Required, Otherwise Footnote With Explanation
*   Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 1/1/98

CASE NAME:   Rossco Holdings, Inc.

CASE NUMBER:   10-60953-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH AUGUST | MONTH SEPT | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 8100 | 1000 | | | | | |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 0 | 0 | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | 0 | | | | | |
| 4. LOANS & ADVANCES (attach list) | 0 | 0 | | | | | |
| 5. SALE OF ASSETS | 0 | 0 | | | | | |
| 6. OTHER (attach list) See list | 200 | 573.60 | | | | | |
| TOTAL RECEIPTS | 200 | 573.60 | | | | | |
| (Withdrawal)/Contribution by Individual Debtor MFR-2* | 0 | 0 | | | | | |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 0 | 0 | | | | | |
| 8. PAYROLL TAXES PAID | 0 | 0 | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 0 | 0 | | | | | |
| 10. SECURED / RENTAL / LEASES | 0 | 25000 | | | | | |
| 11. UTILITIES | 0 | 733 | | | | | |
| 12. INSURANCE | 0 | 0 | | | | | |
| 13. INVENTORY PURCHASES | 0 | 0 | | | | | |
| 14. VEHICLE EXPENSES | 0 | 1679 | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0 | 0 | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | 0 | | | | | |
| 17. ADMINISTRATIVE & SELLING | 0 | 302 | | | | | |
| 18. OTHER (attach list) Pmts to Rossco Hldg... | 0 | 26048 | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | 53762 | | | | | |
| 19. PROFESSIONAL FEES | 0 | 0 | | | | | |
| 20. U.S. TRUSTEE FEES | 0 | 0 | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | 0 | | | | | |
| TOTAL DISBURSEMENTS | 0 | 53762 | | | | | |
| 22. NET CASH FLOW | 0 | 3548 | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 1000 | 4578 | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/14/96

ATTACHMENT TO MOK 7

9/14/10   $20000   Received From 1009 BH Properties, LLC

9/15/10   $35000   Received From LM Ross Professional
                           Law Corp (Client Trust)

9/10/10   $261   Miscellaneous

9/10/10   $1099   Las Virgines Water District

9/10/10   $1000   Travelers Insurance.

              $57360

CASE NAME:     Rosseo Holdings, Inc.

CASE NUMBER:     10-60953-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF Sept 2010

| BANK NAME | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #822611687z | #822611690b | #822611688O | #822611686y | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | D2057734 | TOTAL |
| BANK BALANCE | 2399 | 100 | 400 | 2386 | 5285 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | 0 |
| OUTSTANDING CHECKS | 687 | 0 | 0 | 0 | 687 |
| ADJUSTED BANK BALANCE | 1712 | 100 | 400 | 2386 | 4598 |
| BEGINNING CASH - PER BOOKS | 244 | 100 | 400 | 256 | 1000 |
| RECEIPTS | 55000 | 0 | 0 | 2360 | 57360 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | 0 | 0 | 0 | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | 53532 | 0 | 0 | 230 | 53762 |
| ENDING CASH - PER BOOKS | 1712 | 100 | 400 | 2386 | 4598 |

MOR-8

Revised 6/14/96

CASE NAME:    Rosco Holdings, Inc.

CASE NUMBER:    10-60953-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS  (MOR-1) | 0 | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | 0 | | | | | |

MOR-9

Revised 6/16/06