| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Clay M. Taylor<br>Texas Bar I. D. 24033261<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone:    817/332-2500<br>Telecopy:    817/878-9280<br><br>*Attorney for Debtor* | FILED<br>NOV 09 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>                                              Debtor. | CHAPTER 11<br>CASE NUMBER  02:10-Bk-55951-VZ<br>DATE: November 23, 2010<br>TIME: 11:00 A.M.<br>COURTROOM: 1368 |
|---|---|

## AMENDED NOTICE OF MOTION FOR:
### MOTION OF ROSSCO HOLDINGS, INC. FOR ORDER APPROVING COMPROMISE WITH PACIFIC MERCANTILE BANK PURSUANT TO FEDERAL RULE BANKRUPTCY OF PROCEDURE 9019; DECLARATION OF LEONARD ROSS

1. TO: ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order Granting the relief sought as set forth in the Motion and accompanying supporting documents previously filed and served. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers and the Motion carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

   | Hearing Date: 11/23/2010    Time: 11:00 A.M.    Courtroom: 1368    Floor: 13 |
   |---|
   | ☒ 255 East Temple Street, Los Angeles            ☐ 411 West Fourth Street, Santa Ana<br>☐ 21041 Burbank Boulevard, Woodland Hills       ☐ 1415 State Street, Santa Barbara<br>☐ 3420 Twelfth Street, Riverside |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: November 9, 2010

KELLY HART & HALLMAN LLP
*Law Firm Name*

By: /s/ signature
Name: Michael A. McConnell
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                         F 9013-1.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102

A true and correct copy of the foregoing document described: **Notice of Motion For: Motion Of Rossco Holdings, Inc. For Order Approving Compromise With Pacific Mercantile Bank Pursuant To Federal Rule Bankruptcy Of Procedure 9019; Declaration Of Leonard Ross**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILINLG ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 9, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael S Greger of behalf of Interested Party Courtesy NEF
msgreger@allenmatkins.com

Michael S Kogan on behalf of Creditor Michael Kogan
mkogan@ecjlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
Dare.law@usdoj.gov

Justin E Rawlins on behalf of Creditor Pacific Mercantile Bank
jrawlins@winston.com, docketla@winston.com

David B Shemano on behalf of Creditor National Guardian Life Insurance Co.
dshemano@pwkllp.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Joshua D Wayser on behalf of Interested Party Courtesy NEF
joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

II. **SERVED VIA FIRST CLASS MAIL (indicate method of each person or entity served):**
On November 9, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/09/2010 | Michael A. McConnell | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Propel Financial Services, L.L.C.       Rossco Holdings, Inc
0973-2                                   c/o John Lane & Associates              1011 1/2 North Beverly Dr
Case 2:10-bk-55951-VZ                    8526 N. New Braunfels                   Beverly Hills, CA 90210-2328
Central District Of California           San Antonio, TX 78217-6304
Los Angeles
Tue Nov  9 08:48:55 PST 2010

Texas Comptroller of Public Accounts     Los Angeles Division                    (p)ADVANTA
Jay W. Hurst                             255 East Temple Street,                 700 DRESHER RD
P.O. Box 12548                           Los Angeles, CA 90012-3332              HORSHAM PA 19044-2206
Austin, TX 78711-2548


All Guard Inc                            Andy Grump                              B & E Engineers
PO Box 320087                            20954 Ruether Avenue                    24 W St Joseph St
Fairfield, CT 06825-0087                 Santa Clara, CA 91351                   Arcadia, CA 91007-2854


Bank of America                          Bank of America                         Bank of America
201 E Washington St                      PO Box 15710                            c/o Bruce Kosub, Esq.
Phoenix, AZ 85004-2428                   Wilmington, DE 19886-5710               Katten Muchin Rosenman LLP
                                                                                 5215 N. O'Connor Boulevard #20
                                                                                 Irving TX 75039-3713


CCH Inc                                  CHSC, Ltd.                              California Choice
Pro System Fx                            PO Box 10539                            PO Box 7088
20101 Hamilton Ave Ste 200               Beverly Hills, CA 90213-3539            Orange, CA 92863-7088
Torrence, CA 90502-1371


Chase Home Finance                       Chimney Hill Properties, Ltd.           City of College Station, Texas
PO Box 78420                             1013 N Beverly Dr                       c/o Lee Gordon
Phoenix, AZ 85062-8420                   Beverly Hills, CA 90210-2328            P.O. Box 1269
                                                                                 Round Rock, Texas 78680-1269


Count of Brazos                          County of Brazos                        Ford Credit
c/o Lee Gordon                           c/o Lee Gordon                          PO Box 7172
P.O. Box 1269                            P.O. Box 1269                           Pasadena, CA 91109-7172
Round Rock, TX 78680-1269                Round Rock, TX 78680-1269


HSBC Business Solutions                  (p)INTERNAL REVENUE SERVICE             Las Virgenes Municipal Water District
PO Box 5219                              CENTRALIZED INSOLVENCY OPERATIONS       4232 Las Virgenes Rd
Carol Stream, IL 60197-5219              PO BOX 21126                            Calabasas, CA 91302-1994
                                         PHILADELPHIA PA 19114-0326


Leonard M Ross                           Leonard M Ross Revocable Trust          M3 Accouting Services
1009 N Beverly Dr                        1011 1/2 N Beverly Dr                   800B Jesse Jewell Pkwy SW
Beverly Hills, CA 90210-2328             Beverly Hills, CA 90210-2328            Gainsville, GA 30501-4212


MCI                                      Michael A. McConnell                    Montecito Water Dist
PO Box 371838                            C. Josh Osborne                         583 San Ysidro Rd
Pittsburg, PA 15250-7838                 Kelly Hart & Hallman LLP                Santa Barbara, CA 93108-2124
                                         201 Main Street, Suite 2500
                                         Fort Worth, TX 76102-3194
```

National Commercial Svcs
For Andy Gump
6644 Valjean Ave #100
Van Nuys, CA 91406-5816

National Guardian Life Ins Co
Two E Gilman St
Madison, WI 53703-1494

One West Bank, FSB
390 West Valley Parkway
Escondido, CA 92025-2635

One West Bank, FSB
c/o Monica S. Blacker
Andrews Kurth LLP
1717 Main St., Suite 3700
Dallas, TX 75201-7301

OneWest Bank, FSB
390 W Valley Parkway
Escondido, CA 92025-2635

Pacific Merchantile Bank
9720 Wilshire Blvd
Beverly Hills, CA 90212-2021

Propel Financial Services, L.L.C.
c/o John Lane & Assocaites
8526 N. New Braunfels
San Antonio, Texas 78217-6304
(210) 828-8900

Prosperity Bank
2202 Longmire Dr
College Station, TX 77845-5231

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845-5231

Prosperity Bank
c/o Eric J. Taube
Hohmann, Taube & Summers
100 Congress Ave. 18th Flr.
Austin, TX 78701-4042

Staples
PO Box 689020
Des Moines, IA 50368-9020

The Hartford
PO Box 2907
Hartford, CT 06104-2907

US Attorney / IRS
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5597

US Attorney General / IRS
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711 2548

Christopher Joshua Osborne
Kelly Hart & Hallman LLP
201 Main St Ste 2500
Fort Worth, TX 76102-3194

Clay M Taylor
Kelly Hart & Hallman
201 Main St Ste 2500
Ft Worth, TX 76102-3194

Kelly Hart
Kelly Hart & Hallman LLP
201 Main St Ste 2500
Ft Worth, TX 76102-3194

Robert M. Yaspan
Law Office of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367-7593

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF         (u)Pacific Mercantile Bank         End of Label Matrix
                                                          Mailable recipients    51
                                                          Bypassed recipients     2
                                                          Total                  53