| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael A. McConnell<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone:    817/332-2500<br>Telecopy:    817/878-9280<br><br>*Attorney for Debtor* | **FILED**<br>NOV 09 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:    Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER  02:10-Bk-55951-VZ<br><br>DATE: November 30, 2010<br>TIME: 11:00 A.M.<br>COURTROOM: 1368 |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| Sale Date: November 30, 2010 | Time: 11:00 a.m. |
|---|---|
| Location: 255 East Temple Street, Los Angeles | |

Type of Sale: ☐ Public    ☑ Private    Last date to file objections: November 23, 2010.

Description of Property to be Sold: The assets that the Debtor proposes to sell are located in College Station, Texas and may be generally described, in accordance with the Debtor's schedules, as: i) the 125 Meadowland lot; ii) the 127 Meadowland lot; iii) Lot 19, Meadowland Addition; iv) N 1/2 of Lots 4 and 5, Block 1, Addition; and v) 12 of 15 fourplex buildings.

Terms and Conditions of Sale: The terms and conditions of the sale are that Rossco Holdings and two other related, non-debtor entities propose selling certain property, including the assets described above, for $9.75 million, pursuant to a Purchase and Sale Agreement. The purchase price allocation for the property being sold by Rossco Holdings is $4.5 million. The closing of the sale shall occur after bankruptcy court approval is obtained and certain other conditions are met, including: i) the expiration of a 90-day period to inspect the assets; and ii) the buyer obtaining approval to develop and construct apartment style housing of not less than 370 dwelling units and 600 bedrooms within 180 days of the date the Purchase and Sale Agreement was signed.

Proposed Sale Price: $4.5 million

Overbid Procedure (If Any): In connection with the Sale Motion the Debtor has proposed following bid procedures:

    a.    a sale hearing shall be held 60 days after the date the Court approves the bid procedures;

    b.    within 45 days prior to that date, the Debtor may solicit and receive bids to purchase the property (the "Bid Deadline");

    c.    the proposed buyer ("PMH") shall be paid a break up fee of $292,500 (the "Breakup Fee") in the event that the Debtor closes a sale with a purchaser other than PMH;

    d.    in order for a bid to be considered, it must exceed the Purchase Price by the amount of the Breakup Fee plus $50,000. In addition, such bid shall:

| Notice of Sale of Estate Property – Page 2 | F 6004-2 |
|---|---|
| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER  02:10-Bk-55951-VZ |

- be in writing;

- not contain any financing or due diligence contingencies beyond those contained in the Purchase and Sale Agreement,

- be accompanied by a marked copy of the Purchase and Sale Agreement, which shall be the agreement pursuant to which such prospective purchaser proposes to acquire the assets sought to be acquired (proposals may not be for less than substantially all assets);

- be accompanied by evidence of committed financing or other ability to perform;

- be accompanied by a good-faith deposit of $50,000, payable to the Seller;

- be accompanied by a letter stating that the bidder's offer is irrevocable until the earlier of: (i) two business days after the closing date of an alternative sale or sales approved by the Bankruptcy Court; and (ii) forty-five days after the conclusion of the Sale Hearing.

- A bid which satisfies these requirements shall be a "Qualifying Bid";

e. if a Qualifying Bid is received prior to the Bid Deadline, an auction (the "Auction") will be held three days thereafter;

f. at the Auction, the initial bid shall be the highest Qualifying Bid received prior to the Bid Deadline (the "Initial Bid"). All subsequent bids, shall exceed the Initial Bid by at least $100,000 and parties shall be given a reasonable, but not excessive, amount of time to submit its overbids;

g. at the conclusion of the Auction, the Debtor will select the highest and best offer which it will designate the successful bidder and will designate the second highest and best offer as the backup bidder. The Debtor will continue to designate backup bidders until PMH is the last backup bidder (unless PMH is the successful bidder). The Debtor shall file its designation of the successful bidder and designated backup bidders within two business days of the conclusion of the Auction;

h. any party-in-interest shall have three business days to object to the Designation and request an emergency hearing on the matter or the Designation shall be deemed conclusive and final;

i. if the Debtor closes a sale with a higher bidder, then the Debtor shall pay PMH the Breakup Fee within two days after the sale closes; and

j. in the event the closing with the successful bidder does not occur, the Debtor may proceed to close with the backup bidder and any subsequent backup bidder thereafter.

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

| Notice of Sale of Estate Property – Page 3 | F 6004-2 |
|---|---|
| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER  02:10-Bk-55951-VZ |

Contact Person for Potential Bidders (include name, address, telephone, fax and/or email address):

> The hearing will be held on November 30, 2010 at 11:00 before the Honorable Vincent P. Zurzolo, Courtroom 1368, 255 East Temple Street Los Angeles, CA 90012.  The Contact person is Clay M. Taylor of Kelly Hart & Hallman, whose contact information is provided above.

Date: November 9, 2010

   Note:  When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX  76102


A true and correct copy of the foregoing document described:   ROSSCO HOLDINGS, INC.'S MOTION FOR ORDER APPROVING AND AUTHORIZING: (A) THE CLOSING OF THE SALE OF ASSETS TO PMH ACQUISITION, LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTEREST; (B) BIDDING PROCEDURES FOR THE SALE OF THE ASSETS IF THE DEBTOR RECEIVES HIGHER AND BETTER OFFER PRIOR TO APPROVAL OF THE SALE; AND (C) A BREAKUP FEE  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:


I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On November 9, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael S Greger of behalf of Interested Party Courtesy NEF
msgreger@allenmatkins.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
Dare.law@usdoj.gov

Justin E Rawlins on behalf of Creditor Pacific Mercantile Bank
jrawlins@winston.com, docketla@winston.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

| Notice of Sale of Estate Property – Page 4 | F 6004-2 |
|---|---|
| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER  02:10-Bk-55951-VZ |

☐ Service information continued on attached page

**II. SERVED VIA FIRST CLASS MAIL (indicate method of each person or entity served):**
On November 9, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (Indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/9/2010 | Michael A. McConnell | _____ |
|---|---|---|
| Date | Type Name | Signature |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:10-bk-55951-VZ<br>Central District Of California<br>Los Angeles<br>Tue Nov  9 08:48:55 PST 2010 | Propel Financial Services, L.L.C.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, TX 78217-6304 | Rossco Holdings, Inc<br>1011 1/2 North Beverly Dr<br>Beverly Hills, CA 90210-2328 |
| Texas Comptroller of Public Accounts<br>Jay W. Hurst<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 |
| All Guard Inc<br>PO Box 320087<br>Fairfield, CT 06825-0087 | Andy Grump<br>20954 Ruether Avenue<br>Santa Clara, CA 91351 | B & E Engineers<br>24 W St Joseph St<br>Arcadia, CA 91007-2854 |
| Bank of America<br>201 E Washington St<br>Phoenix, AZ 85004-2428 | Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>c/o Bruce Kosub, Esq.<br>Katten Muchin Rosenman LLP<br>5215 N. O'Connor Boulevard #20<br>Irving TX 75039-3713 |
| CCH Inc<br>Pro System Fx<br>20101 Hamilton Ave Ste 200<br>Torrence, CA 90502-1371 | CHSC, Ltd.<br>PO Box 10539<br>Beverly Hills, CA 90213-3539 | California Choice<br>PO Box 7088<br>Orange, CA 92863-7088 |
| Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Chimney Hill Properties, Ltd.<br>1013 N Beverly Dr<br>Beverly Hills, CA 90210-2328 | City of College Station, Texas<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 |
| Count of Brazos<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | County of Brazos<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Ford Credit<br>PO Box 7172<br>Pasadena, CA 91109-7172 |
| HSBC Business Solutions<br>PO Box 5219<br>Carol Stream, IL 60197-5219 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Las Virgenes Municipal Water District<br>4232 Las Virgenes Rd<br>Calabasas, CA 91302-1994 |
| Leonard M Ross<br>1009 N Beverly Dr<br>Beverly Hills, CA 90210-2328 | Leonard M Ross Revocable Trust<br>1011 1/2 N Beverly Dr<br>Beverly Hills, CA 90210-2328 | M3 Accouting Services<br>800B Jesse Jewell Pkwy SW<br>Gainsville, GA 30501-4212 |
| MCI<br>PO Box 371838<br>Pittsburg, PA 15250-7838 | Michael A. McConnell<br>C. Josh Osborne<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102-3194 | Montecito Water Dist<br>583 San Yisdro Rd<br>Santa Barbara, CA 93108-2124 |

National Commercial Svcs
For Andy Gump
6644 Valjean Ave #100
Van Nuys, CA 91406-5816

National Guardian Life Ins Co
Two E Gilman St
Madison, WI 53703-1494

One West Bank, FSB
390 West Valley Parkway
Escondido, CA 92025-2635

One West Bank, FSB
c/o Monica S. Blacker
Andrews Kurth LLP
1717 Main St., Suite 3700
Dallas, TX 75201-7301

OneWest Bank, FSB
390 W Valley Parkway
Escondido, CA 92025-2635

Pacific Merchantile Bank
9720 Wilshire Blvd
Beverly Hills, CA 90212-2021

Propel Financial Services, L.L.C.
c/o John Lane & Assocaites
8526 N. New Braunfels
San Antonio, Texas 78217-6304
(210) 828-8900

Prosperity Bank
2202 Longmire Dr
College Station, TX 77845-5231

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845-5231

Prosperity Bank
c/o Eric J. Taube
Hohmann, Taube & Summers
100 Congress Ave. 18th Flr.
Austin, TX 78701-4042

Staples
PO Box 689020
Des Moines, IA 50368-9020

The Hartford
PO Box 2907
Hartford, CT 06104-2907

US Attorney / IRS
Suite 600
601 N.W. Loop 410
San Antonio, TX 78216-5597

US Attorney General / IRS
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711 2548

Christopher Joshua Osborne
Kelly Hart & Hallman LLP
201 Main St Ste 2500
Fort Worth, TX 76102-3194

Clay M Taylor
Kelly Hart & Hallman
201 Main St Ste 2500
Ft Worth, TX 76102-3194

Kelly Hart
Kelly Hart & Hallman LLP
201 Main St Ste 2500
Ft Worth, TX 76102-3194

Robert M. Yaspan
Law Office of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367-7593

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Pacific Mercantile Bank | End of Label Matrix |
| | | Mailable recipients    51 |
| | | Bypassed recipients     2 |
| | | Total                  53 |