UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NAME: Rossco Holdings, Inc.

Petition Date: 8/2/2010
CASE NUMBER: 10-55951 VZ   YEAR 2010

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH Oct

| MONTH | Aug. | Sep. | Oct. |
|---|---|---|---|
| REVENUES (MOR-6) | 0 | 0 | 129 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 0 | (2535) | (4069) |
| NET INCOME (LOSS) (MOR-6) | 0 | (5140) | (3940) |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | 0 |
| TOTAL DISBURSEMENTS (MOR-8) | 0 | 5376 | 4069 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE
Are all accounts receivable being collected within terms? Yes / No
Are all post-petition liabilities, including taxes, being paid within terms? Yes / No
Have any pre-petition liabilities been paid? Yes / No   If so, describe _____

Are all funds received being deposited into DIP bank accounts? Yes / No
Were any assets disposed of outside the normal course of business? Yes / No
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? Yes / No
What is the status of your Plan of Reorganization?
PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE Vice President

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE    EXP. DATE
CASUALTY    YES( ) NO( )
LIABILITY    YES( ) NO( )
VEHICLE    YES( ) NO( )
WORKER'S    YES( ) NO( )
OTHER    YES( ) NO( )
(ALL CURRENT)

ATTORNEY NAME: Michael McConnell
FIRM: Kelly Hart & Hallman LLP
ADDRESS: 201 Main St #2500
CITY, STATE ZIP: Fort Worth, TX 76102
TELEPHONE: (817) 332-2500

MOR-1

CASE NAME: Rosseo Holdings, Inc.   CASE NUMBER:

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 8/2/2010 (Petition/13) | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 800 | 1000 | 4598 | 658 | | | |
| Accounts Receivable, Net | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | 0 | 0 | | | |
| Prepaid Expenses | 0 | 0 | 0 | 0 | | | |
| Investments | | | | | | | |
| Other /Intercom A/R (w/ other) | | | | | | | |
| **TOTAL CURRENT ASSETS** | 1,500,800 | 1,501,000 | 1,504,598 | 1,500,658 | | | |
| PROPERTY, PLANT&EQUIP. @ COST | | | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | 21,220,306 | 21,220,306 | 21,220,306 | 21,220,306 | | | |
| 3. Pntr esrm | 1,191,257 | 1,191,257 | 1,191,257 | 1,191,257 | | | |
| 4. (attach list) various deposits | 120,000 | 120,000 | 120,000 | 120,000 | | | |
| **TOTAL ASSETS** | 24,033,363 | 24,032,563 | 24,036,161 | 24,033,221 | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 1/1/96

CASE NAME: Rossco Holdings, Inc.    CASE NUMBER:

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 8/2/2010 (Amended 11/1/2) | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 200 | 55200 | 55200 | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 3662826 | 3662826 | 3662826 | 3662826 | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | 1619 | 1619 | 1619 | 1619 | | | |
| Unsecured Debt | 37734950 | 37734950 | 37734950 | 37734950 | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 41399395 | 41399395 | 41454595 | 41454595 | | | |
| **TOTAL LIABILITIES** | | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | (17367032) | (17367032) | (17367032) | (17367032) | | | |
| RETAINED EARNINGS: Post Filing Date | | | (51402) | (55342) | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 24032363 | 24032563 | 24036141 | 24032231 | | | |

*Per Schedules and Statement of Affairs

MOR-3    Revised 4/14/96

CASE NAME: Rossco Holdings, Inc.

CASE NUMBER:

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. Advance by BSK (to okay D.I.P. | 200 | 200 | 200 | | | |
| 2. 1009 B4 Properties (Accts) | | 20000 | 20000 | | | |
| 3. LM Ross Prof. Law Corp. | | 35000 | 35000 | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | 200 | 55200 | 55200 | | | |

*Payment Requires Court Approval

MOR-4

Revised 6/14/06

CASE NAME: Rosseo Holdings, Inc.   CASE NUMBER:

## AGING OF POST-PETITION LIABILITIES
### MONTH: Oct

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31-60 | 55000 | 0 | 0 | 0 | 0 | 55000 |
| 61-90 | 200 | 0 | 0 | 0 | 0 | 200 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 55200 | 0 | 0 | 0 | 0 | 55200 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | Sept | Oct |
|---|---|---|---|
| 0-30 DAYS | 0 | 0 | 0 |
| 31-60 DAYS | 0 | 0 | 0 |
| 61-90 DAYS | 0 | 0 | 0 |
| 91+ DAYS | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 0 |

Revised 6/14/96

MOR-5

CASE NAME: Rossco Holdings, Inc.  CASE NUMBER:

## STATEMENT OF INCOME (LOSS)

| MONTH | August | Sept | Oct | | | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0 | 0 | 0 | | | 0 |
| TOTAL COST OF REVENUES | 0 | 0 | 0 | | | 0 |
| GROSS PROFIT | 0 | 0 | 0 | | | 0 |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | 0 | 0 | 0 | | | 0 |
| General & Administrative | 0 | 0 | 0 | | | 0 |
| Insiders Compensation | 0 | 0 | 0 | | | 0 |
| Professional Fees | 0 | 0 | 0 | | | 0 |
| Other (attach list) | 0 | 0 | 0 | | | 0 |
| MISC. Refunds etc. | | ⟨2360⟩ | 0 | | | ⟨2360⟩ |
| TOTAL OPERATING EXPENSES | 0 | 27714 | 4069 | | | 31783 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0 | ⟨25354⟩ | ⟨4069⟩ | | | ⟨29423⟩ |
| INTEREST EXPENSE | 0 | 0 | 0 | | | 0 |
| DEPRECIATION | 0 | 0 | 0 | | | 0 |
| OTHER (INCOME) EXPENSE* | 0 | 0 | ⟨129⟩ | | | ⟨129⟩ |
| OTHER ITEMS** Pymts to P.Rosenan / Bank | 0 | 26048 | 0 | | | 26048 |
| TOTAL INT, DEPR & OTHER ITEMS | 0 | 26048 | 0 | | | 26048 |
| NET INCOME BEFORE TAXES | 0 | ⟨51402⟩ | ⟨3940⟩ | | | ⟨55342⟩ |
| FEDERAL INCOME TAXES | 0 | 0 | 0 | | | 0 |
| NET INCOME (LOSS) (MOR-1) | 0 | ⟨51402⟩ | ⟨3940⟩ | | | ⟨55342⟩ |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised: 6/1/98

**CASE NAME:** Rossco Holdings, Inc.    **CASE NUMBER:**

| CASH RECEIPTS AND DISBURSEMENTS | MONTH AUGUST | MONTH SEPT | MONTH OCT | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 800 | 1000 | 4598 | | | | | 800 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | 0 | 0 | 0 | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | 0 | 0 | | | | | 0 |
| 4. LOANS & ADVANCES (attach list) | 0 | 0 | 0 | | | | | 0 |
| 5. SALE OF ASSETS | 0 | 0 | 0 | | | | | 0 |
| 6. OTHER (attach list) See List (for Sept) | 200 | 57360 | 129 | | | | | 57689 |
| TOTAL RECEIPTS | 200 | 57360 | 129 | | | | | 57689 |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | 0 | 0 | 0 | | | | | 0 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | 0 | 0 | 0 | | | | | 0 |
| 8. PAYROLL TAXES PAID | 0 | 0 | 0 | | | | | 0 |
| 9. SALES, USE & OTHER TAXES PAID | 0 | 0 | 0 | | | | | 0 |
| 10. SECURED / RENTAL / LEASES | 0 | 25000 | 0 | | | | | 25000 |
| 11. UTILITIES | 0 | 0 | 1523 | | | | | 1523 |
| 12. INSURANCE | 0 | 733 | 0 | | | | | 733 |
| 13. INVENTORY PURCHASES | 0 | 0 | 0 | | | | | 0 |
| 14. VEHICLE EXPENSES | 0 | 1679 | 1079 | | | | | 2756 |
| 15. TRAVEL & ENTERTAINMENT | 0 | 0 | 0 | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | 0 | 280 | | | | | 280 |
| 17. ADMINISTRATIVE & SELLING | 0 | 302 | 812 | | | | | 1114 |
| 18. OTHER (attach list) Pymts to Pkashant4pk. | 0 | 26048 | 0 | | | | | 26048 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | 53762 | 0 | | | | | 53762 |
| 19. PROFESSIONAL FEES | 0 | 0 | 0 | | | | | 0 |
| 20. U.S. TRUSTEE FEES | 0 | 0 | 325 | | | | | 325 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0 | 0 | 0 | | | | | 0 |
| TOTAL DISBURSEMENTS | 0 | 53762 | 4069 | | | | | 57831 |
| 22. NET CASH FLOW | 0 | 3598 | (3940) | | | | | (142) |
| 23. CASH - END OF MONTH (mor-2) | 1000 | 4598 | 658 | | | | | 658 |

MOR-7    *Applies to Individual debtor's only.

ATTACHMENT TO MOR 7
(SEPT)

9/14/10 $20000 RECEIVED FROM 1009 BH PROPERTIES, LLC

9/15/10 $35000 RECEIVED FROM L M ROSS PROFESSIONAL LAW CORP (CLIENT TRUST)

9/10/10 $ 261 MISCELLANEOUS

9/10/10 $ 1099 LAS VIRGENES WATER DISTRICT

9/10/10 $1000 TRAVELERS INSURANCE

$57360

CASE NAME: Rossco Holdings, Inc.

CASE NUMBER:

## CASH ACCOUNT RECONCILIATION
## MONTH OF October

| BANK NAME | WELLS FARGO | WELLS FARGO | WELLS FARGO | WELLS FARGO | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #8226116722 | #8226116906 | #8226116880 | #8226116864 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | DEPOSITORY | TOTAL |
| BANK BALANCE | 1218 | 100 | 100 | 86 | 1504 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | 0 |
| OUTSTANDING CHECKS | 846 | 0 | 0 | 0 | 846 |
| ADJUSTED BANK BALANCE | 372 | 100 | 100 | 86 | 658 |
| BEGINNING CASH - PER BOOKS | 1712 | 100 | 406 | 2386 | 4598 |
| RECEIPTS | 129 | 0 | 0 | 0 | 129 |
| TRANSFERS BETWEEN ACCOUNTS | 2600 | 0 | (300) | (2300) | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | 4069 | 0 | 0 | 0 | 4069 |
| ENDING CASH - PER BOOKS | 372 | 100 | 100 | 86 | 658 |

MOR-8

Revised 6/14/96

**CASE NAME:** Rossco Holdings, Inc.

**CASE NUMBER**

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| **TOTAL INSIDERS (MOR-1)** | 0 | 0 | 0 | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH Sept | MONTH Oct | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| **TOTAL PROFESSIONALS (MOR-1)** | 0 | 0 | 0 | | | |

MOR-9

Revised 1/4/96