| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Clay M. Taylor<br>Texas Bar I. D. 24033261<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone:  817/332-2500<br>Telecopy:  817/878-9280<br><br>*Attorney for Debtor* | FOR COURT USE ONLY<br><br>FILED<br>DEC - 6 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>By: Deputy Clerk |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER  02:10-Bk-55951-VZ<br><br>DATE: January 4, 2011<br>TIME: 11:00 a.m.<br>COURTROOM: 1368 |

## AMENDED NOTICE OF MOTION FOR:
### MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN; MEMORANDUM OF LAW; DECLARATION OF LEONARD M. ROSS IN SUPPORT THEREOF

1. TO: ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order Granting the relief sought as set forth in the Motion and accompanying supporting documents previously filed and served. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers and the Motion carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:  January 4, 2011** | **Time:  11:00 a.m.** | **Courtroom:  1368** | **Floor:  13** |
|---|---|---|---|
| ☒ **255 East Temple Street, Los Angeles** | | ☐ **411 West Fourth Street, Santa Ana** | |
| ☐ **21041 Burbank Boulevard, Woodland Hills** | | ☐ **1415 State Street, Santa Barbara** | |
| ☐ **3420 Twelfth Street, Riverside** | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated:  December 1, 2010                           KELLY HART & HALLMAN LLP
                                                                             *Law Firm Name*
                                                                             By: [signature]
                                                                             Name: Michael A. McConnell
                                                                             *Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      F 9013-1.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Kelly Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102

A true and correct copy of the foregoing document described: **Amended Notice of Motion For: MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN; MEMORANDUM OF LAW; DECLARATION OF LEONARD M. ROSS**

IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILINLG ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 1, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED VIA FIRST CLASS MAIL (indicate method of each person or entity served):**
On December 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (Indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/01/2010 | Michael A. McConnell | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:10-bk-55951-VZ
Central District Of California
Los Angeles
Wed Dec  1 09:05:54 PST 2010

ONEWEST BANK, FSB
c/o Michael S. Greger, Esq.
Allen Matkins et al.
1900 Main Street, Fifth Floor
Irvine, CA 92614-7317

Propel Financial Services, L.L.C.
c/o John Lane & Associates
8526 N. New Braunfels
San Antonio, TX 78217-6304

Rossco Holdings, Inc
1011 1/2 North Beverly Dr
Beverly Hills, CA 90210-2328

Texas Comptroller of Public Accounts
Jay W. Hurst
P.O. Box 12548
Austin, TX 78711-2548

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

All Guard Inc
PO Box 320087
Fairfield, CT 06825-0087

Andy Grump
20954 Ruether Avenue
Santa Clara, CA 91351

B & E Engineers
24 W St Joseph St
Arcadia, CA 91007-2854

Bank of America
201 E Washington St
Phoenix, AZ 85004-2428

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
c/o Bruce Kosub, Esq.
Katten Muchin Rosenman LLP
5215 N. O'Connor Boulevard #20
Irving TX 75039-3713

CCH Inc
Pro System Fx
20101 Hamilton Ave Ste 200
Torrence, CA 90502-1371

CHSC, Ltd.
PO Box 10539
Beverly Hills, CA 90213-3539

California Choice
PO Box 7088
Orange, CA 92863-7088

Chase Home Finance
PO Box 78420
Phoenix, AZ 85062-8420

Chimney Hill Properties, Ltd.
1013 N Beverly Dr
Beverly Hills, CA 90210-2328

City of College Station, Texas
c/o Lee Gordon
P.O. Box 1269
Round Rock, Texas 78680-1269

Count of Brazos
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

County of Brazos
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Ford Motor Credit Company LLC
P.O. Box 7172
Pasadena, CA 91109-7172

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Las Virgenes Municipal Water District
4232 Las Virgenes Rd
Calabasas, CA 91302-1994

Leonard M Ross
1009 N Beverly Dr
Beverly Hills, CA 90210-2328

Leonard M Ross Revocable Trust
1011 1/2 N Beverly Dr
Beverly Hills, CA 90210-2328

M3 Accouting Services
800B Jesse Jewell Pkwy SW
Gainsville, GA 30501-4212

MCI
PO Box 371838
Pittsburg, PA 15250-7838

| | | |
|---|---|---|
| Michael A. McConnell<br>C. Josh Osborne<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102-3194 | Montecito Water Dist<br>583 San Ysidro Rd<br>Santa Barbara, CA 93108-2124 | National Commercial Svcs<br>For Andy Gump<br>6644 Valjean Ave #100<br>Van Nuys, CA 91406-5816 |
| National Guardian Life Ins Co<br>Two E Gilman St<br>Madison, WI 53703-1494 | One West Bank, FSB<br>390 West Valley Parkway<br>Escondido, CA 92025-2635 | One West Bank, FSB<br>c/o Monica S. Blacker<br>Andrews Kurth LLP<br>1717 Main St., Suite 3700<br>Dallas, TX 75201-7301 |
| OneWest Bank, FSB<br>390 W Valley Parkway<br>Escondido, CA 92025-2635 | Pacific Merchantile Bank<br>9720 Wilshire Blvd<br>Beverly Hills, CA 90212-2021 | Propel Financial Services, L.L.C.<br>c/o John Lane & Assocaites<br>8526 N. New Braunfels<br>San Antonio, Texas 78217-6304<br>(210) 828-8900 |
| Prosperity Bank<br>2202 Longmire Dr<br>College Station, TX 77845-5231 | Prosperity Bank<br>2202 Longmire Drive<br>College Station, Texas 77845-5231 | Prosperity Bank<br>c/o Eric J. Taube<br>Hohmann, Taube & Summers<br>100 Congress Ave. 18th Flr.<br>Austin, TX 78701-4042 |
| Staples<br>PO Box 689020<br>Des Moines, IA 50368-9020 | The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | US Attorney / IRS<br>Suite 600<br>601 N.W. Loop 410<br>San Antonio, TX 78216-5597 |
| US Attorney General / IRS<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | William A. Frazell<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711 2548 | Christopher Joshua Osborne<br>Kelly Hart & Hallman LLP<br>201 Main St Ste 2500<br>Fort Worth, TX 76102-3194 |
| Clay M Taylor<br>Kelly Hart & Hallman<br>201 Main St Ste 2500<br>Ft Worth, TX 76102-3194 | Kelly Hart<br>Kelly Hart & Hallman LLP<br>201 Main St Ste 2500<br>Ft Worth, TX 76102-3194 | Robert M. Yaspan<br>Law Office of Robert M. Yaspan<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, CA 91367-7593 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA                (u)Courtesy NEF                (u)Pacific Mercantile Bank

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56