1  **WINSTON & STRAWN LLP**
   David L. Aronoff (SBN: 152606)
2  Steven D. Atlee (SBN: 151025)
   Justin E. Rawlins (SBN: 209915)
3  333 S. Grand Avenue, 38th Floor
   Los Angeles, CA  90071-1543
4  Telephone Number: (213) 615-1700
   Facsimile Number: (213) 615-1750
5  daronoff@winston.com
   satlee@winston.com
6  jrawlins@winston.com

7  Counsel for Pacific Mercantile Bank

9               UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    LOS ANGELES DIVISION

12 In re:                          )  **Case No. 02:10-bk-55947-VZ**
                                   )
13 Monte Nido Estates, LLC.,       )  Chapter 11
                                   )
14        Debtor.                  )  **STIPULATION DISMISSING MOTION BY**
                                   )  **PACIFIC MERCANTILE BANK TO**
15                                 )  **APPOINT A CHAPTER 11 TRUSTEE OR**
                                   )  **IN THE ALTERNATIVE, APPOINT AN**
16                                 )  **EXAMINER**
                                   )
17                                 )  Judge: Hon. Vincent P. Zurzolo
                                   )         Courtroom 1368
18                                 )         255 East Temple Street
                                   )         Los Angeles, CA 90012
19                                 )
                                   )
20                                 )
                                   )
21                                 )
                                   )
22 ─────────────────────────────── )

LA:283558.1

This *Stipulation Dismissing Motion by Pacific Mercantile Bank to Appoint a Chapter 11 Trustee or in the Alternative, Appoint an Examiner* is made as of December 7, 2010, by and among Pacific Mercantile Bank ("PMB") and Monte Nido Estates, LLC (the "Debtor"), with reference to the following agreed upon facts and circumstances:

### RECITALS

**A.** On July 28, 2010, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the Bankruptcy Court for the Western District of Texas, commencing case number 10-60920.

**B.** On September 30, 2010, PMB filed its *Motion by Pacific Mercantile Bank to Appoint a Chapter 11 Trustee or in the Alternative, Appoint an Examiner* [Docket No. 78, Case No. 10-60920] (the "Motion to Appoint a Trustee").

**C.** On October 8, 2010 the Debtor responded to the Motion to Appoint a Trustee by filing its *Debtors' Objection to Pacific Mercantile Bank's Motion to Appoint a Trustee, or in the Alternative, to Appoint an Examiner* [Docket No. 90, Case No. 10-60920].

**D.** The Motion to Appoint a Trustee initiated a contested matter whereby Fed. R. Bankr. P. 9014, Fed. R. Bankr. P. 7041, and Fed. R. Civ. P. 41 are applicable.

**E.** On October 12, 2010, the Bankruptcy Court for the Western District of Texas entered its *Order Transferring Venue of the Debtors' Bankruptcy Cases to the United Bankruptcy Court for the Central District of California (Los Angeles Division)* [Docket No. 97, Case No. 10-60920] that as subsequently amended, transferred the Debtor's venue to the Central District of California Bankruptcy Court and commenced case number 10-55947.

**F.** On October 18, 2010 PMB, the Debtor, and certain other parties entered into a Confidential Settlement Agreement and Release, under which, among other things, PMB agreed to forebear from pursuing the Motion to Appoint a Trustee, provided that the Court ruled on the Debtor's motion for order approving the compromise (the "9019 Motion") no later than November 16, 2010. The hearing on the 9019 Motion was set for November 23, 2010, and the Court granted the 9019 Motion.

LA:283558.1

G. On December 1, 2010, the Central District of California Bankruptcy Court entered the *Order Granting Motion of Monte Nido Estates, LLC for Order Approving Compromise with Pacific Mercantile Bank Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 24].

### AGREEMENT

NOW, THEREFORE, the Parties agree through respective counsel as follows:

1. Because the Debtor filed a response to the Motion to Appoint a Trustee, the applicable provision for the dismissal of the Motion to Appoint a Trustee, is Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable by Fed. R. Bankr. P. 7041 and 9014. Accordingly, PMB and Debtor, the only parties that have appeared on the matter, by and through their undersigned counsel, hereby agree to the voluntary dismissal of the Motion to Appoint a Trustee without further order in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

**AGREED TO BY:**

WINSTON & STRAWN LLP

By: /s/ Justin E. Rawlins
    Justin E. Rawlins
    Attorneys for Pacific Mercantile Bank

THE CREDITORS' LAW GROUP, A PROFESSIONAL CORPORATION

By: _____
    David J. Richardson
    [Proposed] Attorneys for Monte Nido Estates, LLC

3

LA:283558.1