THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Rossco Holdings, Inc.
Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES VALLEY DIVISION

In re:

ROSSCO HOLDINGS, INC.

Debtor.

) **Case No. 02:10-bk-55951-VZ**
)
) Chapter 11
)
) **NOTICE OF ERRATA ATTACHING**
) **SIGNATURE PAGE FOR MONTHLY**
) **OPERATING REPORT NO. 6**
)

PLEASE TAKE NOTICE that the Monthly Operating Report filed by Rossco Holdings, Inc. included an unsigned signature page for Section XI. Attached hereto as Exhibit A is the signed signature page for the Monthly Operating Report.

Dated: February 15, 2011

THE CREDITORS' LAW GROUP,
a Professional Corporation


By:    /s/ David J. Richardson
       David J. Richardson
       Attorneys for Rossco Holdings, Inc.

# EXHIBIT A

## XI. QUESTIONNAIRE

|     |     | No | Yes |
|-----|-----|----|-----|
| 1.  | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X |  |

|     |     | No | Yes |
|-----|-----|----|-----|
| 2.  | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: Notices of insider compensation will be filed shortly |  | X |

3. State what progress was made during the reporting period toward filing a plan of reorganization

   During the reporting period, the Debtor obtained approval of a settlement with Pacific Mercantile Bank, one of the largest overlapping creditors in the cases of Rossco and various of its affiliates. The settlement removes a major obstacle towards proposing and confirming a plan. Rossco also replaced Texas bankruptcy counsel with local bankruptcy counsel, and obtained the approval of the bankruptcy court for key filing and claims-related deadlines in the case.

4. Describe potential future developments which may have a significant impact on the case:
   The Debtor has been negotiating with certain of its secured lenders in an effort to reach terms that will facilitate a reorganization. This was to include the sale of certain real property in an auction scheduled for January 19, 2010, but the stalking horse bidder has since dropped out due to concerns about possible actions by the City of College Station that could affect the value of the property. This may require the debtor to pursue legal action in order to protect the value of its property. The Debtor is also preparing several claims objections that will address certain of the large and disputed claims in the case

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|     |     | No | Yes |
|-----|-----|----|-----|
| 6.  | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X |  |

I, Leonard M. Ross, President

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

2/15/11
Date

_____
Principal for debtor-in-possession

Page 16 of 16

| In re: | CHAPTER: 11 |
|---|---|
| ROSSCO HOLDINGS, INC. | |
| Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The Creditors' Law Group, APC
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027-4711

A true and correct copy of the foregoing document described as **NOTICE OF ERRATA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 15, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___February 15, 2011___, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo (Fedex)
United States Bankruptcy Court
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

United States Trustee (LA) (U.S. Mail)
725 S. Figueora St., 26th Floor
Los Angeles, CA 90017-5524

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 15, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 15, 2010 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| Date | Type Name | Signature |

| In re: | | CHAPTER: 11 |
|---|---|---|
| ROSSCO HOLDINGS, INC. | Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

## I. TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Michael S Greger - mgreger@allenmatkins.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

## II. TO BE SERVED BY FIRST CLASS MAIL

Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA 90210-2328

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1