Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
WILLIAM F. GOVIER (SBN 262810)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone:  310.907.1000
Facsimile:  310.907.2000
Email:  stacy.harrison@bingham.com
         william.govier@bingham.com

Attorneys for Creditor
JPMorgan Chase Bank, N.A.

FILED & ENTERED

FEB 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-55951-VZ |
| ROSSCO HOLDINGS, INC., | Chapter 11 |
| Debtor. | **ORDER DENYING MOTION OF DEBTOR ROSSCO HOLDINGS, INC. FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO BORROW MONEY AND TO GRANT ADMINISTRATIVE PRIORITY TO LENDER** |
| | Date:  February 8, 2011<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>        Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER DENYING MOTION OF DEBTOR ROSSCO HOLDINGS, INC. FOR
ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO BORROW MONEY**

A/73662534.1/2008944-0000321205

1  Debtor Rossco Holdings, Inc.'s (the "Debtor") Motion For Entry of An Order
2  Authorizing The Debtor to Borrow Money and To Grant Administrative Priority to Lender (the
3  "Motion") came for hearing on February 8, 2011.  Appearances were made as stated on the
4  record.  After reviewing the Debtor's Motion and objections, memoranda, declarations and
5  requests for judicial notice filed by the Debtor and Creditor JPMorgan Chase Bank, N.A., the
6  arguments of counsel, and based upon the record at the hearing on the Motion, it appears to the
7  satisfaction of the Court that good cause exists for the issuance of this order:
8  IT IS ORDERED, DECREED AND ADJUDGED that the Debtor's Motion is
9  denied.
10  # # #

DATED: February 16, 2011

_____
United States Bankruptcy Judge

**ORDER DENYING MOTION OF DEBTOR ROSSCO HOLDINGS, INC. FOR
ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO BORROW MONEY**

2

A/73662534.1/2008944-0000321205

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106

A true and correct copy of the foregoing document described as **ORDER DENYING MOTION OF DEBTOR ROSSCO HOLDINGS, INC. FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO BORROW MONEY AND TO GRANT ADMINISTRATIVE PRIORITY TO LENDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *__February 10, 2011__*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *__February 10, 2010,__* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:
Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA 90210

Debtor's Counsel:
David J Richardson
The Creditors' Law Group
2301 Hyperion Ave Ste A
Los Angeles, CA 90027

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *__February 10, 2010,__* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 10, 2010 | Bernice E. Worley | /s/ Bernice E. Worley |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION OF DEBTOR ROSSCO HOLDINGS, INC. FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO BORROW MONEY AND TO GRANT ADMINISTRATIVE PRIORITY TO LENDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***February 10, 2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Laura L Buchanan           llb@thecreditorslawgroup.com
- Michael S Gregor           mgreger@allenmatkins.com
- Stacy W Harrison           Stacy.Harrison@bingham.com
- Jay W Hurst                jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- John R Lane                johnlaneassociates@gmail.com, mcountryman@jrl-law.com
- Justin E Rawlins           jrawlins@winston.com, docketla@winston.com
- David J Richardson         djr@thecreditorslawgroup.com
- David B Shemano            dshermano@pwkllp.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Joshua D Wayser            joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan            court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:
Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
Kelly Hart
Kelly Hart & Hallman LLP            .
201 Main St., Ste 2500              .
Ft Worth, TX 76102

☐ Service information continued on attached page

A/73662534.1/2008944-0000321205