THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Rossco Holdings, Inc.,
Debtor and debtor-in-possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 2:10-bk-55951-VZ |
| ROSSCO HOLDINGS, INC., | Chapter 11 |
| Debtor. | |
| | **NOTICE OF MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTOR'S CASE WITH THE CASES OF AFFILIATED DEBTORS AND DIRECTING JOINT ADMINISTRATION OF RELATED CASES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LEONARD M. ROSS IN SUPPORT THEREOF** |
| | **Hearing**<br>Date:    March 8, 2011<br>Time:    11:00 a.m.<br>Judge:    Hon. Vincent P. Zurzolo<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA  90012 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE

UNITED STATES TRUSTEE; AND THE PARTIES ENTITLED TO NOTICE:

Rossco Holdings, Inc., the debtor and debtor-in-possession in the above-referenced case  (the

"Debtor" or "Rossco"), has filed a motion asking this Court for entry of an order (1) substantively

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA  90027
Tel. (323) 686-5400    Fax (323) 686-5403

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

1  consolidating the Debtor's estate with the estates of related Chapter 11 debtors Leonard M. Ross, an

2  individual (the "Individual Debtor" or "Ross") and 1009 BH Properties, LLC, a Delaware limited

3  liability company, Chimney Hill Properties, Ltd., a Texas limited partnership, Colony Lodging, Inc.,

4  a Texas corporation, Monte Nido Estates, LLC, a California limited liability company, WM

5  Properties, Ltd., a California limited partnership (together with the Debtor, the "Entity Debtors" and

6  together with the Debtor and the Individual Debtor, the "Debtors"), pursuant to Bankruptcy Code

7  Section 105(a), on the terms and conditions set forth in the attached Memorandum of Points and

8  Authorities and (2) authorizing and directing joint administration of the Debtors' chapter 11 cases

9  pursuant to Local Bankruptcy Rule 1015-1(b) and Rule 1015(b) of the Federal Rules of Bankruptcy

10 Procedure ("Bankruptcy Rules").

11     PLEASE TAKE FURTHER NOTICE that if you would like to receive a copy of the Motion,

12 you can obtain a copy by contacting The Creditors' Law Group, APC, Att'n David J. Richardson, at

13 (323) 686-5400, or at djr@thecreditorslawgroup.com.

14     PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be heard in this

15 Court on March 8, 2011, at 11:00 a.m., or as soon thereafter as it may be heard.

16     PLEASE TAKE FURTHER NOTICE that upon entry of an order of this Court granting the

17 Motion, solely for the purposes of a plan of reorganization for the substantively consolidated

18 Debtors that will be confirmed by the Court, and for distributions to be made thereunder, the assets,

19 claims, and affairs of the Debtors and the Estates will be substantively consolidated pursuant to

20 Bankruptcy Code Section 105(a).  The Debtors have concluded that substantive consolidation of the

21 Debtors' estates is appropriate in connection with a plan of reorganization for the Debtors, will

22 benefit all creditors, and will facilitate the orderly, efficient and economical administration of the

23 Debtors' cases.

24     PLEASE TAKE FURTHER NOTICE that joint administration of the Debtors' estates will

25 result in this Court maintaining a joint pleadings docket and permitting the Debtors to combine

26 notices to creditors; will address the multiplicity of overlapping and duplicative claims asserted

27 against the Debtors by common creditors; will eliminate unnecessary and expensive duplication of

28 effort by the Debtors, their professionals, their creditors, and this Court; will eliminate the

substantial confusion and waste that maintaining separate dockets would otherwise create; and will protect creditors of the different estates against potential conflicts of interest, as described more fully below.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9013-1(f) requires that any response to the Motion must be filed with the Court and served on the counsel for the Moving Debtor at the address appearing on the upper-left hand corner of the caption page to this Motion and the United States Trustee not later than 14 days before the date designated for the hearing (i.e., by February 22, 2011). The failure to timely file and serve written response may be deemed by the Court to be consent to the granting of the relief requested in the Motion.


DATED: February 15, 2011            ___/s/ David J. Richardson_____
                                    DAVID J. RICHARDSON
                                    LAURA L. BUCHANAN
                                    THE CREDITORS' LAW GROUP, APC
                                    Attorneys for Rossco Holdings, Inc., Colony Lodging,
                                    Inc., Monte Nido Estates, LLC, and WM Properties,
                                    Ltd., Debtors and Debtors-In-Possession, and
                                    [Proposed] Attorneys for 1009 BH Properties, LLC,
                                    Chimney Hill Properties, Ltd., Debtors and Debtors-In-
                                    Possession

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>                                          Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER:  2:10-bk-55951-VZ |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as NOTICE OF MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTOR'S CASE WITH THE CASES OF AFFILIATED DEBTORS, AND AMENDED MOTION DIRECTING JOINT ADMINISTRATION OF RELATED CASES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LEONARD M. ROSS IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 15, 2011 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On     February 15, 2011     , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Honorable Vincent Zurzolo (Fedex)
> United States Bankruptcy Court
> 255 E. Temple St., Suite 1360
> Los Angeles, CA  90012

> United States Trustee (LA) (U.S. Mail)
> 725 S. Figueora St., 26th Floor
> Los Angeles, CA  90017-5524

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 15, 2011 | Laura L. Buchanan | /s/ Laura L. Buchanan |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                      **F 9013-3.1.PROOF.SERVICE**

| In re:<br>ROSSCO HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-55951-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Laura L Buchanan            llb@thecreditorslawgroup.com
- Michael S Greger            mgreger@allenmatkins.com
- Stacy W Harrison            Stacy.Harrison@bingham.com
- Jay W Hurst            jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- John R Lane            johnlaneassociates@gmail.com, mcountryman@jrl-law.com
- Justin E Rawlins            jrawlins@winston.com, docketla@winston.com
- David J Richardson            djr@thecreditorslawgroup.com
- David B Shemano            dshemano@pwkllp.com
- United States Trustee (LA)            ustpregion16.la.ecf@usdoj.gov
- Joshua D Wayser            joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan            court@yaspanlaw.com, tmenachian@yaspanlaw.com

**II.  SERVED BY U.S. MAIL**

See attached list.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

| In re:<br>ROSSCO HOLDINGS, INC.<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br><br>CASE NUMBER:  2:10-bk-55951-VZ |
|---|---|

## II.   <u>TO BE SERVED BY FIRST CLASS MAIL</u>

Amero Management Co.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

Chimney Hill Properties, Ltd.
1013 N. Beverly Dr.
Beverly Hills, CA  90210

Leonard M. Ross Revocable Trust
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

Bank of America
201 E. Washington St.
Phoenix, AZ  85004

Leonard M. Ross
1009 N. Beverly Dr.
Beverly Hills, CA  90210-2328

CHSC, Ltd.
P.O. Box 10539
Beverly Hills, CA  90213

Staples
PO Box 689020
Des Moines, IA  50368

Bank of America
PO Box 15710
Wilmington, DE  19886

Pacific Mercantile Bank
9720 Wilshire Blvd.
Beverly Hills, CA  90212-2021

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA  19101-8088

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9021-1.1**

| In re:                  |           | CHAPTER: 11                        |
|-------------------------|-----------|------------------------------------|
| ROSSCO HOLDINGS, INC.   |           |                                    |
|                         | Debtor(s).| CASE NUMBER:  2:10-bk-55951-VZ     |

Kelly Hart & Hallman LLP
201 Main St., Suite 2500
Fort Worth, TX  76102

Rossco Holdings, Inc.
410 S. Texas Ave.
College Station, TX  77840-1724

United States Trustee (LA)
725 S. Figueora St., 26th Floor
Los Angeles, CA  90017-5524

Ford Credit
PO Box 7172
Pasadena, CA  91109-7172

B&E Engineers
24 W. St. Josephs St.
Arcadia, CA  91007-2854

The Hartford
PO Box 2907
Hartford, CT  06104-2907

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL  60197-6434

Montecito Water Dist.
583 San Yisidro Rd.
Santa Barbara, CA  93108-2124

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

HSBC Business Solutions
PO Box 5219
Carol Stream, IL  60197-5219

CCH Inc.
Pro System FX
20101 Hamilton Ave., Ste. 200
Torrance, CA  90502

Verizon Wireless
PO Box 660108
Dallas, TX  75266-0108

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 9021-1.1**

In re:

ROSSCO HOLDINGS, INC.

Debtor(s).

CHAPTER: 11

CASE NUMBER:  2:10-bk-55951-VZ

Las Virgenes Municipal Water District
4232 Las Virgenes Rd.
Calabasas, CA  91302-1994

M3 Accounting Services
800B Jesse Jewell Pkwy SW
Gainsville, GA  30501

MCI
PO Box 371838
Pittsburg, PA  15250-7838

Andy Grump
20954 Ruether Avenue
Santa Clara, CA  91351

All Guard, Inc.
PO Box 320087
Fairfield, CT  06432

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9021-1.1**