**THE CREDITORS' LAW GROUP, APC**
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Rossco Holdings, Inc.
Debtor and Debtor-In-Possession

FILED & ENTERED

FEB 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re: | **Case No. 2:10-bk-55951-VZ** |
| ROSSCO HOLDINGS, INC. | Chapter 11 |
| Debtor. | **ORDER GRANTING APPLICATION AUTHORIZING THE EMPLOYMENT OF HYATT GIDLOW & COMPANY AS ACCOUNTANTS FOR THE DEBTOR, NUNC PRO TUNC TO PETITION DATE (AUGUST 2, 2010)** |

Upon the application ("Application") of Rossco Holdings, Inc., the above-referenced debtor and debtor-in-possession (the "Debtor"), for entry of an order under section 327 of title 11 of the United States Code, as amended (the "Bankruptcy Code") authorizing the employment of Hyatt, Gidlow & Company CPAs APC ("Hyatt Gidlow"), *nunc pro tunc* to the petition date (December 27, 2010), as accountants for the Debtor; and upon the Declaration of Kim Gidlow (the "Gidlow Decl."),

1 which was filed contemporaneously with the Application; wherein it appears that, based upon the
2 Application and the representations made in the Application and Gidlow Decl., it is necessary for the
3 Debtor to employ Hyatt Gidlow as its accountants; Hyatt Gidlow and its accountants represent no
4 interest adverse to the estate with respect to matters in which they are to be engaged and qualify as
5 "disinterested persons" as that term is defined under section 101(14) of the Bankruptcy Code; and
6 this Court having determined that such retention is in the best interests of the Debtor's estate,
7 creditors and other parties in interest; and notice of the Application having been given to the Office
8 of the United States Trustee and certain other interested parties, as indicated on the related proof of
9 service, and it appearing that no other or further notice need be given; and upon the record herein,
10 after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

11     ORDERED that the Application is granted in its entirety.

# # #

DATED: February 17, 2011

_____
United States Bankruptcy Judge

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

| In re: | | CHAPTER: 11 |
|---|---|---|
| ROSSCO HOLDINGS, INC. | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as ORDER AUTHORIZING THE EMPLOYMENT OF HYATT GIDLOW & COMPANY AS ACCOUNTANTS FOR THE DEBTOR, NUNC PRO TUNC TO PETITION DATE (AUGUST 2, 2010) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 10, 2011 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On     February 10, 2011     , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Honorable Vincent Zurzolo (Fedex)
> United States Bankruptcy Court
> 255 E. Temple St., Suite 1360
> Los Angeles, CA  90012

> United States Trustee (LA) (U.S. Mail)
> 725 S. Figueora St., 26th Floor
> Los Angeles, CA  90017-5524

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 10, 2011 | Laura L. Buchanan | /s/ Laura L. Buchanan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                          F 9013-3.1.PROOF.SERVICE

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING APPLICATION AUTHORIZING THE EMPLOYMENT OF HYATT GIDLOW & COMPANY AS ACCOUNTANTS FOR THE DEBTOR, NUNC PRO TUNC TO PETITION DATE (AUGUST 2, 2010) was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   February 10, 2011  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Laura L Buchanan     llb@thecreditorslawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   st amp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Rossco Holdings, Inc.
1011 1/2 North Beverly Dr
Beverly Hills, CA 90210-2328

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                   **F 9021-1.1.NOTICE.ENTERED.ORDER**