THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Rossco Holdings, Inc.
Debtor and Debtor-In-Possession

FILED & ENTERED

MAR 22 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES VALLEY DIVISION**

| | |
|---|---|
| In re: | **Case No. 2:10-bk-55951-VZ** |
| ROSSCO HOLDINGS, INC. | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1 FILED BY PROPEL FINANCIAL SERVICES, LLC** |
| | Date:    March 29, 2011<br>Time:    1:30 p.m.<br>Courtroom:    Courtroom 1368<br>Roybal Federal Building<br>255 E. Temple St.<br>Los Angeles, California 90012 |

1  This Court having received and reviewed the Stipulation Resolving Debtor's Objection to
2  Proof of Claim No. 1 filed by Propel Financial Services, LLC (the "Stipulation") entered into
3  between Rossco Holdings, Inc. ("Rossco") and Propel Financial Services, LLC ("Propel"), which
4  addresses Proof of Claim No. 1 ("POC 1"), which was filed by Propel in the Rossco Case, as set
5  forth therein, and capitalized terms that are not defined herein are defined in the Stipulation, and,

6  **GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS**
7  **FOLLOWS:**

8      1.    The Stipulation is granted in its entirety.

9  .

10  # # #

DATED: March 22, 2011

_____
United States Bankruptcy Judge

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

| In re: | | CHAPTER: 11 |
|---|---|---|
| ROSSCO HOLDINGS, INC. | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as [PROPOSED] ORDER GRANTING STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1 FILED BY PROPEL FINANCIAL SERVICES, LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 16, 2011 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    March 16, 2011        , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Honorable Vincent Zurzolo (Fedex) | Dare Law (U.S. Mail) | Propel Financial Services (U.S. Mail) |
|---|---|---|
| United States Bankruptcy Court | United States Trustee (LA) | c/o John Lane & Associates |
| 255 E. Temple St., Suite 1360 | 725 S. Figueora St., 26th Floor | 8526 N. New Braunfels |
| Los Angeles, CA  90012 | Los Angeles, CA  90017-5524 | San Antonio, Texas 78217 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2011 | Laura L. Buchanan | /s/ Laura L. Buchanan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

| In re:<br>ROSSCO HOLDINGS, INC.<br><br>                    Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-55951-VZ |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 1 FILED BY PROPEL FINANCIAL SERVICES, LLC was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   March 16, 2011 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

NONE

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Propel Financial Services (U.S. Mail)
c/o John Lane & Associates
8526 N. New Braunfels
San Antonio, Texas 78217

Rossco Holdings, Inc. (U.S. Mail)
c/o Leonard M. Ross
1011 ½ Beverly Dr.
 Beverly Hills, CA  90210-2328

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.    TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Laura Buchanan – llb@thecreditorslawgroup.com
Michael S Greger - mgreger@allenmatkins.com
Stacy W. Harrison – Stacy.Harrison@bingham.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
James P. Mention - jmenton@pwkllp.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**