David B. Shemano (State Bar No. 176020)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for National Guardian Life Insurance Company

FILED & ENTERED

APR 06 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ROSSCO HOLDINGS, INC.,<br><br>          Debtor and Debtor-in-Possession. | Case No. 2:10-bk-55951-VZ<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTOR'S CASE WITH THE CASES OF AFFILIATED DEBTORS AND DIRECTING JOINT ADMINISTRATION OF RELATED CASES**<br><br>Date:   March 22, 2011<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>           255 East Temple St.<br>           Los Angeles, CA 90012 |

1  The Motion For Order Substantively Consolidating The Debtor's Case With The Cases Of
2 Affiliated Debtors And Directing Joint Administration Of Related Cases (the "Motion"), filed by the
3 above-captioned debtor (the "Debtor"), came on for hearing before the Honorable Vincent P. Zurzolo,
4 United States Bankruptcy Judge, on March 22, 2011, at 11:00 a.m. (the "Hearing").  Appearances were
5 made as reflected in the Bankruptcy Court's record.  After consideration of the Motion and
6 accompanying supporting papers, all objections and other responses to the Motion, the Debtor's reply in
7 support of the Motion, the arguments of counsel and the files and records in this chapter 11 case, and
8 sufficient cause appearing, it is hereby

9  **ORDERED THAT** the Motion is denied.

10                                     ###

26 DATED: April 6, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**PEITZMAN, WEG & KEMPINSKY LLP**
**2029 Century Park East, Suite 3100**
**Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **ORDER DENYING DEBTOR'S MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTOR'S CASE WITH THE CASES OF AFFILIATED DEBTORS AND DIRECTING JOINT ADMINISTRATION OF RELATED CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 31, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Served by U.S. Mail:**
Hon. Vincent P. Zurzolo
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

**Served by U.S. Mail:**
**United States Trustee (LA)**
Russell Clementson
725 S Figueroa Ste 2600
Los Angeles, CA 90017

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 31, 2011** | **Matthew M. Dryer** | **/s/ Matthew M. Dryer** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

### Additional Service List (All by U.S. Mail):

| **Counsel for Bank of America**<br>Joshua D Wayser<br>Katten Muchin Rosenman LLP<br>2029 Century Park E Ste 2600<br>Los Angeles, CA 90067-3012 | **Counsel for Carolina Casualty Insurance Company**<br>Scott A Schiff<br>Soukup & Schiff LLP<br>1801 Century Park E Ste 470<br>Los Angeles, CA 90067 | **Counsel for JPMorgan Chase Bank, N.A.**<br>Stacy W Harrison<br>Bingham McCutchen LLP<br>1620 26th St Ste 4000N<br>Santa Monica, CA 90404-4060 |
|---|---|---|
| **Counsel for ONEWEST BANK, FSB**<br>Michael S Greger<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main St, 5th Floor<br>Irvine, CA 92614 | **Counsel for Pacific Mercantile Bank**<br>Justin E Rawlins<br>Winston & Strawn LLP<br>333 S Grand Ave 38th Fl<br>Los Angeles, CA 90071 | **Counsel for Leonard M. Ross**<br>Robert M Yaspan<br>Law Offices of Robert M Yaspan<br>21700 Oxnard St Ste 1750<br>Woodland Hills, CA 91367 |
| **Counsel for Nataalia Rey**<br>Jerome Bennett Friedman<br>1901 Avenue of the Stars Ste 1700<br>Los Angeles, CA 90067-4409 | **Counsel for Rossco Holdings, Inc.**<br>David J. Richardson<br>The Creditors' Law Group<br>2301 Hyperion Ave Ste A<br>Los Angeles, CA 90027 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING DEBTOR'S MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING THE DEBTOR'S CASE WITH THE CASES OF AFFILIATED DEBTORS AND DIRECTING JOINT ADMINISTRATION OF RELATED CASES** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 31, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Laura L Buchanan    llb@thecreditorslawgroup.com
- Michael S Greger    mgreger@allenmatkins.com
- Stacy W Harrison    Stacy.Harrison@bingham.com
- Jay W Hurst    jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- John R Lane    johnlaneassociates@gmail.com, mcountryman@jrl-law.com
- James P Menton    jmenton@pwkllp.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- David J Richardson    djr@thecreditorslawgroup.com
- Scott A Schiff    sas@soukup-schiff.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                          **F 9021-1.1.NOTICE.ENTERED.ORDER**