| | |
|---|---|
| 1  THE CREDITORS' LAW GROUP, APC<br>   David J. Richardson (State Bar No. 168592)<br>2  djr@thecreditorslawgroup.com<br>   Laura L. Buchanan (State Bar No. 156261)<br>3  llb@thecreditorslawgroup.com<br>   2301 Hyperion Avenue, Ste. A<br>4  Los Angeles, CA 90027<br>   Telephone:    (323) 686-5400<br>5  Facsimile:    (323) 686-5403<br>6  Attorneys for Rossco Holdings, Inc.,<br>   Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**APR 06 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza  **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ROSSCO HOLDINGS, INC.<br><br>　　　　Debtor, | **Case No. 2:10-bk-55951-VZ**<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 14-1 FILED BY JPMORGAN CHASE BANK, N.A.**<br><br>Date:　　　March 29, 2011<br>Time:　　　1:30 p.m.<br>Courtroom:　Courtroom 1368<br>　　　　　　Roybal Federal Building<br>　　　　　　255 E. Temple St.<br>　　　　　　Los Angeles, California 90012 |

　　　　This Court having received and reviewed the Stipulation on Motion of The Debtor For Order Disallowing Proof of Claim No. 5 Filed By American Express Bank FSB; Proof of Claim No. 7 By

OneWest Bank, FSB; Proof of Claim No. 14 Filed By JPMorgan Chase Bank, N.A.; And Scheduled Claims of Bank of America, HSBC Business Solutions, Advanta Bank Corporation, And Staples To the Extent They Seek More Than a Single Recovery (the "Stipulation") entered into between Rossco Holdings, Inc. ("Rossco") and JPMorgan Chase Bank, N.A. ("JPMorgan"), which addresses Proof of Claim No. 14-1 ("POC 14-1"), which was filed by JPMorgan in the Rossco Case, as set forth therein, and capitalized terms that are not defined herein are defined in the Stipulation, and,

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is granted in its entirety.

IT IS SO ORDERED.

###

DATED: April 6, 2011

_____
United States Bankruptcy Judge

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    The Creditors' Law Group, APC
    2301 Hyperion Avenue, Ste. A
    Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as **ORDER GRANTING STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 14-1 FILED BY JPMORGAN CHASE BANK, N.A.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   March 28, 2011 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Honorable Vincent Zurzolo (Fedex)         United States Trustee (LA) (Fedex)
    United States Bankruptcy Court            725 S. Figueora St., 26th Floor
    255 E. Temple St., Suite 1360             Los Angeles, CA  90017-5524
    Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 28, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 28, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

*The Creditors' Law Group, a Professional Corporation*
2301 Hyperion Avenue, Ste. A, Los Angeles, CA  90027
Telephone: (323) 686-5400  Facsimile: (323) 686-5403

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 14-1 FILED BY JPMORGAN CHASE BANK, N.A.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  March 28, 2011    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Laura Buchanan – llb@thecreditorslawgroup.com
Michael S Greger - mgreger@allenmatkins.com
Stacy W. Harrison – Stacy.Harrison@bingham.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
James P. Mention - jmenton@pwkllp.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

1