THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Rossco Holdings, Inc.,
Debtor and Debtor-in-Possession

FILED & ENTERED

APR 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | **Case No. 2:10-bk-55951-VZ** |
| ROSSCO HOLDINGS, INC. | Chapter 11 |
| Debtor, | **ORDER GRANTING IN PART, AND DENYING IN PART WITHOUT PREJUDICE, MOTION OF THE DEBTOR FOR ORDER DISALLOWING PROOF OF CLAIM NO. 5 FILED BY AMERICAN EXPRESS BANK FSB; PROOF OF CLAIM NO. 7 BY ONEWEST BANK, FSB; PROOF OF CLAIM NO. 10 FILED BY PROSPERITY BANK; PROOF OF CLAIM NO. 14 FILED BY JP MORGAN CHASE BANK, N.A.; AND SCHEDULED CLAIMS OF BANK OF AMERICA, HSBC BUSINESS SOLUTIONS, ADVANTA BANK CORPORATION, AND STAPLES TO THE EXTENT THEY SEEK MORE THAN A SINGLE RECOVERY** |
| | Date:    March 29, 2011<br>Time:    1:30 p.m.<br>Courtroom:    Courtroom 1368<br>    Roybal Federal Building<br>    255 E. Temple St.<br>    Los Angeles, California 90012 |

On March 29, 2011, at 1:30 p.m., the Motion of The Debtor For Order Disallowing Proof of Claim No. 5 Filed By American Express Bank FSB; Proof of Claim No. 7 By OneWest Bank, FSB; Proof of Claim No. 14 Filed By JPMorgan Chase Bank, N.A.; And Scheduled Claims of Bank of America, HSBC Business Solutions, Advanta Bank Corporation, And Staples To the Extent They Seek More Than a Single Recovery (the "Claim Objection") came on for hearing.

Prior to the hearing, Rossco Holdings, Inc. ("Rossco"), debtor and debtor-in-possession, filed two stipulations with creditors whose claims were subject to the Claim Objection. The Stipulation On Motion Of The Debtor For Order Disallowing Proof Of Claim No. 5 Filed By American Express Bank FSB; Proof Of Claim No. 7 By Onewest Bank, FSB; Proof Of Claim No. 10 Filed By Prosperity Bank; Proof Of Claim No. 14 Filed By JP Morgan Chase Bank, N.A.; And Scheduled Claims Of Bank Of America, HSBC Business Solutions, Advanta Bank Corporation, And Staples To The Extent They Seek More Than A Single Recovery (the "Prosperity Stipulation") between Rossco and Prosperity Bank was filed by Rossco on March 14, 2011, consenting to the relief requested in the Claim Objection. The Stipulation On Motion Of The Debtor For Order Disallowing Proof Of Claim No. 5 Filed By American Express Bank FSB; Proof Of Claim No. 7 By Onewest Bank, FSB; Proof Of Claim No. 10 Filed By Prosperity Bank; Proof Of Claim No. 14 Filed By JP Morgan Chase Bank, N.A.; And Scheduled Claims Of Bank Of America, HSBC Business Solutions, Advanta Bank Corporation, And Staples To The Extent They Seek More Than A Single Recovery between Rossco and JPMorgan Chase Bank, N.A. was filed on March 28, 2011 and approved by this Court in an order entered or about April 6, 2011.

This Court having considered all pleadings of record, including the Response to Debtor's Motion for Order Disallowing Proof of Claim No. 7 of OneWest Bank, FSB to the Extent It Seeks More Than a Single Recovery, all arguments of counsel having been considered, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Claim Objection is granted with respect to Proof Of Claim No. 5 Filed By American Express Bank FSB and Proof Of Claim No. 10 Filed By Prosperity Bank pursuant to the terms of the Prosperity Stipulation;

2

2. The Claim Objection is moot with respect to Proof Of Claim No. 14 Filed By JP Morgan Chase Bank, N.A., which has been addressed by stipulation;

3. The Claim Objection with respect to Proof of Claim No. 7 filed by OneWest Bank, FSB is denied, and Proof of Claim No. 7 is deemed allowed as filed in accordance with Section 502(a) of the Bankruptcy Code, without prejudice to Rossco's right to refile an objection on the same grounds asserted in the Claim Objection if, at any time, such grounds become ripe for adjudication; and

4. The Claim Objection is denied with respect to the scheduled claims of Bank of America, HSBC Business Solutions, Advanta Bank Corporation, and Staples, without prejudice to Rossco's right to amend its schedules as appropriate.

IT IS SO ORDERED.

###

DATED: April 7, 2011

_____
United States Bankruptcy Judge

| In re: | CHAPTER: 11 |
|---|---|
| ROSSCO HOLDINGS, INC. | |
| Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as **ORDER GRANTING IN PART, AND DENYING IN PART WITHOUT PREJUDICE, MOTION OF THE DEBTOR FOR ORDER DISALLOWING PROOF OF CLAIM NO. 5 FILED BY AMERICAN EXPRESS BANK FSB; PROOF OF CLAIM NO. 7 BY ONEWEST BANK, FSB; PROOF OF CLAIM NO. 10 FILED BY PROSPERITY BANK; PROOF OF CLAIM NO. 14 FILED BY JP MORGAN CHASE BANK, N.A.; AND SCHEDULED CLAIMS OF BANK OF AMERICA, HSBC BUSINESS SOLUTIONS, ADVANTA BANK CORPORATION, AND STAPLES TO THE EXTENT THEY SEEK MORE THAN A SINGLE RECOVERY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __April 7, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Honorable Vincent Zurzolo (Fedex)
> United States Bankruptcy Court
> 255 E. Temple St., Suite 1360
> Los Angeles, CA  90012

> United States Trustee (LA) (Fedex)
> 725 S. Figueora St., 26th Floor
> Los Angeles, CA  90017-5524

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>ROSSCO HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-55951-VZ |
|---|---|

**II. SERVED BY U.S. MAIL**

American Express Bank FSB
Becket and Lee LLP
Attorneys/Agents for Creditor
POB 3001
Malvern, PA  19355-0701

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA  19101-8088

OneWest Bank, FSB
c/o Michael S. Greger, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

Bank of America
P.O. Box 15710
Wilmington, DE  19886

Prosperity Bank
c/o Hohmann, Taube & Summers, LLP
Eric J. Taube
100 Congress Avenue, 18th Floor
Austin, TX  78701

Fia Card Services, NA as Successor in Interest to
Bank of America NA and MBNA America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE  19713

JP Morgan Chase Bank, N.A.
c/o Bingham McCutchen LLP
Attn: William F. Govier
355 S. Grand Ave., Suite 4400
Los Angeles, CA  90071-3106

HSBC Business Solutions
PO Box 5219
Carol Stream, IL  60197-5219

Advanta Bank Corporation
c/o Resurgent Capital Services
PO Box 10368

Staples
PO Box 689020
Des Moines, IA  50368

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9021-1.1**

| In re:<br>ROSSCO HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-55951-VZ |
|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING IN PART, AND DENYING IN PART WITHOUT PREJUDICE, MOTION OF THE DEBTOR FOR ORDER DISALLOWING PROOF OF CLAIM NO. 5 FILED BY AMERICAN EXPRESS BANK FSB; PROOF OF CLAIM NO. 7 BY ONEWEST BANK, FSB; PROOF OF CLAIM NO. 10 FILED BY PROSPERITY BANK; PROOF OF CLAIM NO. 14 FILED BY JP MORGAN CHASE BANK, N.A.; AND SCHEDULED CLAIMS OF BANK OF AMERICA, HSBC BUSINESS SOLUTIONS, ADVANTA BANK CORPORATION, AND STAPLES TO THE EXTENT THEY SEEK MORE THAN A SINGLE RECOVERY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  April 7, 2011   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Laura Buchanan – llb@thecreditorslawgroup.com
Michael S Greger - mgreger@allenmatkins.com
Stacy W. Harrison – Stacy.Harrison@bingham.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
James P. Mention - jmenton@pwkllp.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| In re:<br>ROSSCO HOLDINGS, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-55951-VZ |
|---|---|

American Express Bank FSB
Becket and Lee LLP
Attorneys/Agents for Creditor
POB 3001
Malvern, PA  19355-0701

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA  19101-8088

OneWest Bank, FSB
c/o Michael S. Greger, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

Bank of America
P.O. Box 15710
Wilmington, DE  19886

Prosperity Bank
c/o Hohmann, Taube & Summers, LLP
Eric J. Taube
100 Congress Avenue, 18th Floor
Austin, TX  78701

Fia Card Services, NA as Successor in Interest to
Bank of America NA and MBNA America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE  19713

JP Morgan Chase Bank, N.A.
c/o Bingham McCutchen LLP
Attn: William F. Govier
355 S. Grand Ave., Suite 4400
Los Angeles, CA  90071-3106

HSBC Business Solutions
PO Box 5219
Carol Stream, IL  60197-5219

Advanta Bank Corporation
c/o Resurgent Capital Services
PO Box 10368

Staples
PO Box 689020
Des Moines, IA  50368

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**