```
                      United States Bankruptcy Court
                        Central District of California
In re:                                                           Case No. 10-55951-VZ
Rossco Holdings, Inc                                             Chapter 11
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0973-2         User: admin             Page 1 of 1           Date Rcvd: Apr 07, 2011
                             Form ID: pdf031         Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2011.
db            Rossco Holdings, Inc,    1011 1/2 North Beverly Dr,    Beverly Hills, CA  90210-2328
aty          +David John Richardson,    The Creditors' Law Group, APC,    2301 Hyperion Avenue, Ste. A,   Suite A,
               Los Angeles, CA 90027-4711
aty          +Kelly Hart,    Kelly Hart & Hallman LLP,    201 Main St Ste 2500,    Ft Worth, TX 76102-3194
aty          +Robert M. Yaspan,    Law Office of Robert M. Yaspan,    21700 Oxnard Street, Suite 1750,
               Woodland Hills, CA 91367-7593
intp         +Leonard M. Ross,    1009 N Beverly Drive,    Beverly Hills, CA 90210-2328
cr           +ONEWEST BANK, FSB,    c/o Michael S. Greger, Esq.,    Allen Matkins et al.,
               1900 Main Street, Fifth Floor,    Irvine, CA 92614-7317
cr           +Propel Financial Services, L.L.C.,    c/o John Lane & Associates,    8526 N. New Braunfels,
               San Antonio, TX 78217-6304
cr            Texas Comptroller of Public Accounts,    Jay W. Hurst,    P.O. Box 12548,    Austin, TX  78711-2548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          The Creditors' Law Group , APC
cr           BANK OF AMERICA
cr           Carolina Casualty Insurance Company
intp         Courtesy NEF
acc          Hyatt Gidlow
cr           JPMorgan Chase Bank, N.A.
intp         National Guardian Life Insurance Co.
cr           Pacific Mercantile Bank
                                                                                               TOTALS: 8, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2011**          **Signature:** _/s/ Joseph Speetjens_

| | |
|---|---|
| 1 | THE CREDITORS' LAW GROUP, APC |
|   | David J. Richardson (State Bar No. 168592) |
| 2 | djr@thecreditorslawgroup.com |
|   | Laura L. Buchanan (State Bar No. 156261) |
| 3 | llb@thecreditorslawgroup.com |
|   | 2301 Hyperion Avenue, Ste. A |
| 4 | Los Angeles, CA 90027 |
|   | Telephone:    (323) 686-5400 |
| 5 | Facsimile:    (323) 686-5403 |
| 6 | Attorneys for Rossco Holdings, Inc., |
|   | Debtor and Debtor-In-Possession |

**FILED & ENTERED**

**APR 07 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kaaumoar DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

ROSSCO HOLDINGS, INC.

   Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 02:10-bk-55951-VZ**

Chapter 11

**ORDER GRANTING, IN PART, JOINT MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION LEONARD M. ROSS AND ROSSCO HOLDINGS, INC. FOR (1) ORDER DISALLOWING: (A) PROOF OF CLAIM NO. 32 FILED BY NATIONAL GUARDIAN LIFE INSURANCE COMPANY IN THE CHAPTER 11 CASE OF LEONARD M. ROSS; AND (B) PROOF OF CLAIM NO. 6 FILED BY NATIONAL GUARDIAN LIFE INSURANCE COMPANY IN THE CHAPTER 11 CASE OF ROSSCO HOLDINGS, INC.; (2) ORDER VALUING REAL PROPERTY; AND (3) ORDER CONSOLIDATING CLAIM OBJECTION WITH ADVERSARY PROCEEDING**

<u>Hearing Held</u>:
Date:    March 29, 2011
Time:    1:30 p.m.
Judge:   Hon. Vincent P. Zurzolo
         Courtroom 1368
         255 East Temple Street
         Los Angeles, CA 90012

On March 29, 2011, at 1:30 p.m., this Court heard and considered the Joint Motion Of Debtors And Debtors-In-Possession Leonard M. Ross And Rossco Holdings, Inc. For (1) Order Disallowing: (A) Proof Of Claim No. 32 Filed By National Guardian Life Insurance Company In The Chapter 11 Case Of Leonard M. Ross; And (B) Proof Of Claim No. 6 Filed By National Guardian Life Insurance Company In The Chapter 11 Case Of Rossco Holdings, Inc.; (2) Order Valuing Real Property; And (3) Order Consolidating Claim Objection With Adversary Proceeding (the "Rossco Claim Objection") filed by Rossco Holdings, Inc. ("Rossco"), debtor and debtor-in-possession in the above-captioned chapter 11 case. Among the claims for relief in the Rossco Claim Objection is a request to consolidate the Claim Objection with: (i) a contemporaneous and substantially identical motion (the "Ross Claim Objection") filed by Leonard M. Ross ("Ross), debtor and debtor-in-possession in case no. 2:10-bk-49358-VZ (the "Ross Case") to disallow claims filed by National Guardian Life Insurance Company ("NGLIC") in the Ross Case; (ii) an adversary proceeding filed by Rossco against NGLIC and Illinois Mutual Life Insurance Company ("IMLIC") as adversary proceeding no. 2:11-ap-01704-VZ (the "Rossco Adversary"); and (iii) an adversary proceeding filed by Ross against NGLIC and IMLIC as adversary proceeding no. 2:11-ap-01732-VZ (the "Ross Adversary").

On March 14, 2011, this Court entered Its Order Approving Stipulation To Consolidate Claim Objections With Adversary Proceeding, And To Treat Hearing As Status Conference (the "Stipulation Order") in the Rossco Case, consolidating the Rossco Claim Objection, the Ross Claim Objection, the Rossco Adversary and the Ross Adversary under adversary proceeding no. 2:11-ap-01704-VZ.

Appearances having been made, all pleadings of record and arguments of counsel having been considered, and good cause appearing therefor, it is

ORDERED THAT:

1. The request in the Rossco Claim Objection for consolidation of the Rossco Claim Objection, the Ross Claim Objection, the Rossco Adversary and the Ross Adversary is granted pursuant to the Stipulation Order, and such proceedings are consolidated under adversary proceeding no. 2:11-ap-01704-VZ.

2.      All other claims for relief raised in the Rossco Claim Objection, the Ross Claim Objection, the Rossco Adversary and the Ross Adversary shall be heard in the consolidated Rossco Adversary.

3.      NGLIC and IMLIC shall have until April 28, 2011 to answer, plead or otherwise respond to the complaints initiating each of the Rossco Adversary and Ross Adversary. The Court has scheduled an initial status conference in this matter for May 5, 2011, at 10:00 a.m. NGLIC and/or IMLIC may use the status conference as a hearing date for any motions related to the Consolidated Rossco Adversary, provided such motion has been timely filed pursuant to applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

IT IS SO ORDERED.

\# \# \#

DATED: April 7, 2011

_____
United States Bankruptcy Judge

3

| In re:<br>ROSSCO HOLDINGS, INC. | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA 90027-4711

A true and correct copy of the foregoing document described as **ORDER GRANTING, IN PART, JOINT MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION LEONARD M. ROSS AND ROSSCO HOLDINGS, INC. FOR (1) ORDER DISALLOWING: (A) PROOF OF CLAIM NO. 32 FILED BY NATIONAL GUARDIAN LIFE INSURANCE COMPANY IN THE CHAPTER 11 CASE OF LEONARD M. ROSS; AND (B) PROOF OF CLAIM NO. 6 FILED BY NATIONAL GUARDIAN LIFE INSURANCE COMPANY IN THE CHAPTER 11 CASE OF ROSSCO HOLDINGS, INC.; (2) ORDER VALUING REAL PROPERTY; AND (3) ORDER CONSOLIDATING CLAIM OBJECTION WITH ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On __April 6, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Honorable Vincent Zurzolo (Fedex)
> United States Bankruptcy Court
> 255 E. Temple St., Suite 1360
> Los Angeles, CA 90012

> United States Trustee (LA) (Fedex)
> 725 S. Figueora St., 26th Floor
> Los Angeles, CA 90017-5524

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 6, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James P. Menton - jmenton@pwkllp.com (Counsel to Nat'l Guardian Life Ins. Co. and Illinois Mutual Life Ins. Co.) (by email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|

| In re: | | CHAPTER: 11 |
|---|---|---|
| ROSSCO HOLDINGS, INC. | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

_Date_             _Type Name_             _Signature_

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING, IN PART, JOINT MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION LEONARD M. ROSS AND ROSSCO HOLDINGS, INC. FOR (1) ORDER DISALLOWING: (A) PROOF OF CLAIM NO. 32 FILED BY NATIONAL GUARDIAN LIFE INSURANCE COMPANY IN THE CHAPTER 11 CASE OF LEONARD M. ROSS; AND (B) PROOF OF CLAIM NO. 6 FILED BY NATIONAL GUARDIAN LIFE INSURANCE COMPANY IN THE CHAPTER 11 CASE OF ROSSCO HOLDINGS, INC.; (2) ORDER VALUING REAL PROPERTY; AND (3) ORDER CONSOLIDATING CLAIM OBJECTION WITH ADVERSARY PROCEEDING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  April 6, 2011    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See attached

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Rossco Holdings, Inc.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

National Guardian Life Ins. Co. and Illinois Mutual Life Ins. Co.
c/o Peitzman, Weg & Kempinsky, LLP, Attn: James Menton
2029 Century Park East, Suite 3100
Los Angeles, CA  90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                                                          **F 9021-1.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| ROSSCO HOLDINGS, INC. | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Laura Buchanan – llb@thecreditorslawgroup.com
Michael S Greger - mgreger@allenmatkins.com
Stacy W. Harrison – Stacy.Harrison@bingham.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
James P. Menton - jmenton@pwkllp.com (Counsel to creditors National Guardian Life Ins. Co. and Illinois Mutual Life Ins. Co.)
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com (Counsel to creditors National Guardian Life Ins. Co. and Illinois Mutual Life Ins. Co.)
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9021-1.1**