THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Rossco Holdings, Inc.,
Debtor and debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ROSSCO HOLDINGS, INC.,<br><br>        Debtor. | **Case No. 2:10-bk-55951-VZ**<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE UNREADABLE SCAN OF COLOR EXHIBIT PER AMENDED MOTION FOR APPROVAL OF BIDDING PROCEDURES AND FORM OF NOTICE IN CONNECTION WITH SALE OF REAL PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363**<br><br>**Hearing**<br>Date:    May 3, 2011<br>Time:   11:00 a.m.<br>Judge:  Hon. Vincent P. Zurzolo<br>          Courtroom 1368<br>          255 East Temple Street<br>          Los Angeles, CA  90012 |

**PLEASE TAKE NOTICE** that Exhibit C to the Amended Motion for Approval of Bidding Procedures and Form of Notice in Connection with Sale of Real Properties Free and Clear of Liens, Claims, Encumbrances, and Interests pursuant to 11 U.S.C. § 363 ("Sale Procedures Motion") filed by Rossco Holdings, Inc., the debtor and debtor-in-possession in the above-referenced case  (the

1

1   "Debtor" or "Rossco"), appears unreadable in the version filed with the Court, and therefore is

2   replaced with the attached scan of the same document, in order to provide a more readable copy.

3

4   DATED: April 19, 2011                    ___/s/ David J. Richardson_____
                                              DAVID J. RICHARDSON
5                                             LAURA L. BUCHANAN
                                              THE CREDITORS' LAW GROUP, APC
6                                             Attorneys for Rossco Holdings, Inc., Debtor and
                                              Debtor-In-Possession
7



| In re: | CHAPTER: 11 |
|---|---|
| ROSSCO HOLDINGS, INC. | |
| Debtor(s). | CASE NUMBER: 2:10-bk-55951-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
  The Creditors' Law Group, APC
  2301 Hyperion Avenue, Ste. A
  Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as NOTICE OF ERRATA RE AMENDED MOTION FOR APPROVAL OF BIDDING PROCEDURES AND FORM OF NOTICE IN CONNECTION WITH SALE OF REAL PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    April 19, 2011    , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  Honorable Vincent Zurzolo (Fedex)     United States Trustee (LA) (Fedex)
  United States Bankruptcy Court        725 S. Figueora St., 26th Floor
  255 E. Temple St., Suite 1360         Los Angeles, CA  90017-5524
  Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 19, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                 **F 9013-3.1.PROOF.SERVICE**

| In re:                  |             | CHAPTER: 11                      |
|-------------------------|-------------|----------------------------------|
| ROSSCO HOLDINGS, INC.   |             |                                  |
|                         | Debtor(s).  | CASE NUMBER: 2:10-bk-55951-VZ    |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Laura Buchanan – llb@thecreditorslawgroup.com
Michael S Greger - mgreger@allenmatkins.com
Stacy W. Harrison – Stacy.Harrison@bingham.com
Jay W Hurst - jay.hurst@oag.state.tx.us, sherri.simpson@oag.state.tx.us
John R Lane - johnlane@jrl-law.com
James P. Menton - jmenton@pwkllp.com
Justin E Rawlins - jrawlins@winston.com, docketla@winston.com
David J Richardson - djr@thecreditorslawgroup.com
David B Shemano - dshemano@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Joshua D Wayser - joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
Robert M Yaspan - court@yaspanlaw.com, tmenachian@yaspanlaw.com

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):

EMAIL:

Advanta Bank (c/o FDIC) - Pdeaton@fdic.gov
B&E Engineering – info@beeng.cmo
Wells Fargo Financial Leasing - thomasmeeks@wellsfargo.com
Propel Financial - mcountryman@jrl-law.com
Ford Motor Credit Company, LLC - rmroczynski@cookseylaw.com
National Commercial Svcs for Andy Gump - Natalie@ncslegalservices.com
AMEX (c/o counsel) - info@becket-lee.com
Prosperity Bank (c/o counsel) - erict@hts-law.com
Texas Comptroller of Public Accounts - Bankruptrcy.section@cpa.state.tx.us
Scottsdale Insurance (c/o counsel) - mccarj10@nationwide.com
County of Brazos (c/o counsel) - lgordon@mvbalaw.com
M3 Accounting - Brad@m3as.com
LA County Tax Collector - info@ttc.lacounty.gov
All Guard, Inc. (Homeguard, Inc.) - Cruiz@homeguard.com
Las Virgenes Municipal Water District - feedback@lvmwd.com
Montecito Water District - webmaster@montecitowater.com

FACSIMILE:

Staples Legal Dept. – 1-508-305-8072
The Hartford – 1-877-755-5637
Verizon Wireless – 1-309-820-7044
HSBC Business Solutions – 1-716-841-6972
CCH, Inc. – 1-310-543-8102

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9013-3.1.PROOF.SERVICE**